IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN, | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | CIVIL ACTION NO. 4:25-CV-4982 |
| ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL CO., and PHUNG BACH DOAN, | § § § § § § § § § | |
| *Defendants.* | § | |

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF THIS COURT:**

Defendant **AN THIEN LE aka ANDREW LE** ("Removing Defendant"), files this Notice of Removal of the civil action currently pending as Cause No. 2025-77842 in the 11th Judicial District Court of Harris County, Texas, styled *Nguyen Thanh Tu a/k/a Tu Nguyen v. Atuta, Inc. d/b/a Pho Bolsa TV, et al.* (the "State Court Action"), to the United States District Court for the Southern District of Texas, Houston Division. In support, Removing Defendant respectfully shows as follows:

### I.   INTRODUCTION

1. On or about October 10, 2025, Plaintiff Nguyen Thanh Tu ("Plaintiff"), a declared vexatious litigant, filed his Original Petition in the State Court Action. As of the filing of this Notice of Removal, no Defendant has been formally served with a

1

summons and a copy of the Original Petition.

2. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. As set forth below, this Court has original jurisdiction over this action, and the removal is timely and procedurally proper.

## II. LIST OF MATTERS BEING FILED

3. To effectuate removal, the following documents are filed contemporaneously with this Notice of Removal or will be filed as required by the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Texas:

a) **Civil Cover Sheet (Form JS 44):** Submitted to the Clerk of this Court.

b) **Notice of Removal with All State Court Pleadings and Orders:**

- **Exhibit A:** Plaintiff's Original Petition, filed October 10, 2025.
- **Exhibit B:** Plaintiff's Original Petition, filed October 13, 2025.[1]
- **Exhibit C:** Defendants' Original Answer, filed October 17, 2025.
- **Exhibit D:** Joint Consent of All Defendants to Removal.
- **Exhibit E:** State Court Docket Sheet for Cause No. 2025-77842.

c) **Corporate Disclosure Statements:** Pursuant to Federal Rule of Civil Procedure 7.1, separate disclosure statements will be filed for each corporate defendant (ATUTA, INC. d/b/a PHO BOLSA TV; PREMIERLINE GROUP, LLC.; HGP USA CORP.; HOANG GIA PEARL CO.).

4. **Notice of Filing of Notice of Removal:** A copy of this Notice of

---

[1] Plaintiff filed a second "Plaintiff's Original Petition" on October 13, 2025 which is presumed to be his live pleading as of the date of this Notice of Removal.

Removal will be promptly filed with the Clerk of the 11th Judicial District Court of Harris County, Texas, to provide notice to the state court.

5. **Filing Fee:** The statutory filing fee for this action has been paid to the Clerk of this Court.

### III.   JURISDICTION

6. This Court has original jurisdiction over this civil action under 28 U.S.C. § 1332 (a) (1) because there is complete diversity of citizenship between Plaintiff and all Defendants, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7. This Court also has original jurisdiction over this civil action under 28 U.S.C. § 1332 (a) (2) and the exemption is inapplicable.

8. **Amount in Controversy:** Plaintiff's Original Petition seeks a money judgment of "not less than $100,000,000, including compensatory, consequential, and punitive damages." (**Exhibit B**, p. 36). Accordingly, the amount in controversy exceeds the jurisdictional minimum of $75,000.

9. **Diversity of Citizenship:** Complete diversity of citizenship exists between the parties.

   1) Plaintiff Nguyen Thanh Tu is an individual who resides in Harris County, Texas, and is therefore a citizen of the State of Texas. (**Exhibit B**, p. 1).

   2) Upon information and belief, all Defendants are citizens of the State of California. Plaintiff's Petition alleges that individual Defendants Vu Hoang Lan, An Thien Le, Tuan Thanh Ho, and Phung Bach Doan reside

in California. The corporate Defendants ATUTA, Inc. d/b/a Pho Bolsa TV, Premierline Group, LLC, and HGP USA CORP. are alleged to be incorporated and/or have their principal places of business in California.

3) Hoang Gia Pearl Co. is a citizen of The Socialist Republic of Vietnam ("Vietnam") as it was incorporated and headquartered in Vietnam. (*See* Exhibit C, at p. 2-3.)

10. Because Plaintiff is a citizen of Texas and all Defendants are citizens of California, complete diversity of citizenship exists as required by 28 U.S.C. § 1332(a)(1) and 28 U.S.C. § 1332 (a) (2).

## IV.   TIMELINESS OF REMOVAL

11. This Notice of Removal is timely filed. Pursuant to 28 U.S.C. § 1446(b), a notice of removal must be filed within thirty (30) days after a defendant's receipt of the initial pleading, through service or otherwise. Although no Defendant has yet been served with process, Defendants became aware of the State Court Action on or about October 11, 2025, when the Original Petition was filed electronically and have made a general appearance (Exhibit C). This Notice is being filed on October 17, 2025, well within the 30-day period.

## V.   VENUE

12. Venue is proper in the United States District Court for the Southern District of Texas, Houston Division, pursuant to 28 U.S.C. § 1441(a), because it is the federal judicial district and division embracing the place where the State Court Action is pending.

## VI.   PROCEDURAL REQUIREMENTS

13.   As required by 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders from the State Court Action are attached to this Notice of Removal as identified in Section II above.

14.   Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants who have been properly joined and served must join in or consent to the removal. Although no Defendant has been served with process, all named Defendants consent to the removal of this action to demonstrate their unanimous agreement. The Joint Consent of All Defendants to Removal is attached hereto as **Exhibit D**.

15.   Written notice of the filing of this Notice of Removal will be promptly served on all parties and filed with the Clerk of the 11th Judicial District Court of Harris County, Texas, as required by 28 U.S.C. § 1446(d).

## VII.   PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant ATUTA, INC. d/b/a PHO BOLSA TV respectfully requests that this case be removed from the 11th Judicial District Court of Harris County, Texas, to this Honorable Court, and that this Court assume full jurisdiction over this matter.

Dated: October 19, 2025                              Respectfully submitted,

*/s/ Gary M. Polland*
**Gary M. Polland**
State Bar No. 16095800
**POLLAND & ASSOCIATES, P.C.**
1533 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 621-6335
Email: pollandlaw@yahoo.com

5

**THE KELLEY LAW FIRM**
By: */s/ Lloyd E. Kelley*
**Lloyd E. Kelley**
Texas Bar No.1203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240
Houston, Texas 77005
Tel:(281) 492-7766
Fax:(281) 652-5973

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 19, 2025, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

*/s/ Gary M. Polland*
**Gary M. Polland**

6