10/10/2025 4:27 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 106726774
By: Julio Garcia
Filed: 10/10/2025 4:27 PM

**CASE NO. _____**

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN, | § | IN THE DISTRICT COURT OF |
| *Plaintiff* | § | |
| | § | HARRIS COUNTY, TEXAS |
| v. | § | |
| | § | |
| ATUTA, INC. d/b/a PHO BOLSA TV, | § | |
| VU HOANG LAN, ANDREW LE TV, | § | |
| AN THIEN LE aka ANDREW LE, | § | |
| PREMIERLINE GROUP, LLC., | § | |
| TUAN THANH HO, HGP USA CORP., | § | |
| HOANG GIA PEARL CO., and PHUNG | § | |
| BACH DOAN | § | |
| *Defendants* | § | _____ JUDICIAL DISTRICT |

**PLAINTIFF'S ORIGINAL PETITION**

**COMES NOW**, Tu Nguyen (aka Nguyen Thanh Tu or NTT), Plaintiff, and files this Original Petition and would respectfully show the Court as follows:

### A.    *Discovery Level*

1.    Discovery in this case is intended to be conducted under Level 2 of Rule 190 of the Texas Rules of Civil Procedure.

### B.    *Parties*

2.    This suit is brought by Nguyen Thanh Tu, an individual who resides in Harris County, Texas.

3.    Lan Hoang Vu ("Vu") is an individual residing in Westminster, California.  Vu may be served with process at 9550 Bolsa Ave STE 228 - Westminster CA 92683, 9600 Bolsa Ave Westminster, unit 106 - Westminster CA 92683, and 9361 Bolsa Ave #202 Westminster, CA 92683, or email: lanhoangvu@yahoo.com or text @ 714-227-0324.

4.    ATUTA, Inc. dba Pho Bolsa TV ("Bolsa TV") is located in Westminster, California. Pho Bolsa TV may be served by serving Vu at 9550 Bolsa Ave STE 228 - Westminster, CA 92683,

┌─────────────────┐
│    **EXHIBIT**   │
│                  │
│       **A**      │
└─────────────────┘

9600 Bolsa Ave Westminster, unit 106 - Westminster, CA 92683, and 9361 Bolsa Ave  #202 Westminster, CA 92683, lanhoangvu@yahoo.com or text @ 714-227-0324.

5.      An Thien Le a.k.a. Andrew Le ("Le") is an individual residing in Fountain Valley, California.  He has worked for Pho Bolsa TV at least since 2020. Le may be served with process at 17759 Toiyabe St., Fountain Valley, CA 92708, and 14541 Brookhurst St, D1 Westminster, California 92683, or email: tatnle@gmail.com; vpandrewle@gmail.com, or text @ 714-458-5288 and 714-872-8888.

6.      Andrew Le TV is based in Fountain Valley, California. It is an extension of Pho Bolsa TV, established by Le to create a media ecosystem aimed at dominating the Vietnamese-language media market in the United States. Le TV may be served by serving Le at 17759 Toiyabe St. Fountain Valley, CA 92708, and 14541 Brookhurst St, D1 Westminster, California 92683, or email: tatnle@gmail.com; vpandrewle@gmail.com, or text @ 714-458-5288 and 714-872-8888.

7.      Premierline Group, LLC ("Premierline") is incorporated with the State of California, with Le being its Chief Executive Officer. It may be served by serving Le at 17759 Toiyabe St., Fountain Valley, CA 92708, and 14541 Brookhurst St, D1 Westminster, California 92683, or email: tatnle@gmail.com; vpandrewle@gmail.com, or text @ 714-458-5288 and 714-872-8888.

8.      Tuan Thanh Ho ("Ho") is an individual residing in Fountain Valley, California. Ho may be served with process at 11363 Snowdrop Ave. Fountain Valley, CA 92708.

9.       Hoang Gia Pearl Company is located at 1156-1158 Huỳnh Tấn Phát, KP5, Phường Tân Phú, Quận 7, Thành phố Hồ Chí Minh, Việt Nam.  Ho is its Chief Executive Officer and Chairman of its Board of Directors. A team of key individuals leads the corporation: John Nguyen from Grand Prairie TX, holding the position of Director; Kyle Truong Nguyen from Santa Ana CA, serving as a Director; Thanh Tuan Ho from Fountain Valley CA, serving as the Secretary; Tuan Thanh Ho from Fountain Valley CA, serving as a director, and also as Chief Executive Officer.  Hoang Gia Pearl is

registered in the United States of America as HGP USA Corp, a General Corporation, located in Fountain Valley, CA. It may be served by serving Ho at 11363 Snowdrop Ave, Fountain Valley, CA 92708/email: cskh@hoanggiapearl.com; finifer@hoanggiapearl.com, or info@hoanggiapearl.com.

10.     Phung Bach Doan, known as "Phung," is a co-founder and the Deputy General Director of Hoang Gia Pearl Company. She is vicariously liable for the defamatory actions committed by Tuan Thanh Ho, another co-founder, during their joint business activities and within the scope of their authority. Hoang Gia Pearl has an office located at 1156-1158 Huỳnh Tấn Phát, KP5, Phường Tân Phú, Quận 7, Thành phố Hồ Chí Minh, Việt Nam. Phung can be served at the address 11363 Snowdrop Ave, Fountain Valley, CA 92708, or via email at the following addresses: cskh@hoanggiapearl.com; finifer@hoanggiapearl.com; info@hoanggiapearl.com

### C.     Jurisdiction and Venue

11.     Jurisdiction is proper pursuant to §17.042 of the Texas Civ. Prac. & Remedies Code, as Defendants Le, Vu, and Ho committed the torts subject of this suit in Harris County, Texas.

12.     Venue is proper pursuant to §15.017 of the Texas Civ. Prac. & Remedies Code, as Plaintiff Nguyen Thanh Tu resided in Harris County, Texas at the time of the accrual of the cause of action.

### D.     Background Facts

12.     In the case of Gerard R. Williams III v. Dam Vinh Hung, et al., Plaintiff Tu Nguyen ("NTT"), stands as a peripheral defendant. Gerard R. Williams III ("Williams") has applied for an injunction that targets explicitly certain defendants identified as YouTubers and media entities. Plaintiff firmly believes he is not among those YouTubers or media, which led him to conclude that his presence at the hearing was unnecessary, given that no motions were directed at him. Consequently, Plaintiff chose not to attend the hearing on February 20, 2025.

13.     Nevertheless, the Court in the Gerard R. Williams III v. Dam Vinh Hung case entered an Injunction that included NTT on March 20, 2025. (See attached **Exhibit B**).

14.     Defendant Pho Bolsa TV, under the ownership of Vu and ATUTA, deployed Defendant Le to Houston to cover the hearing with the purpose of shaping public opinion favorable to Williams. Alongside Le at Harris County Civil Court 1 was Defendant Ho, who presented himself officially as the cameraman for Pho Bolsa TV, wearing Pho Bolsa TV's staff badge. This substantial allocation of personnel, time, and resources unmistakably reflects the defendants' commitment to orchestrating a calculated and public campaign aimed at defaming Plaintiff. Ho, who has no media experience, evidently joined in to ensure that Williams' interest was well served, as the two were good friends and possibly business partners, by waging their well-orchestrated smear campaign against Plaintiff. The intention was crystal clear: to maximally disseminate false and damaging information about Plaintiff through ATUTA, Inc., which operates as Pho Bolsa TV, Andrew Le TV, and the Facebook page of Premierline Group, LLC ("Premier"). This reckless behavior, also involving Royal Pearl (also known as Hoàng Gia Pearl or its international name, HOANG GIA PEARL DONG THAP COMPANY LIMITED ("HGP")), has severely tarnished Plaintiff's reputation not only in Harris County, Texas but also throughout the U.S. and globally.

Defendant Andrew Le is the founder, sole owner, and alter ego of Premierline Group, LLC ("Premierline"), which is an alter ego of Pho Bolsa TV.  Premierline operates a Facebook page named Premierline and a YouTube channel called Andrew Le Office, also known as Andrew Le TV. This dynamic platform features engaging interviews and daily news segments co-hosted by Defendant Vu. Additionally, Andrew Le produces a weekly program titled "GÓC NHÌN ANDREW LÊ," (Andrew Le's Perspective) which airs on Pho Bolsa TV.

He strategically promotes his content through the "Premierline" brand on platforms like Facebook and Andrew Le TV. By featuring a profile picture that showcases him as both a member of the Pho Bolsa TV team and the director, producer, and anchor of the weekly show "GÓC NHÌN ANDREW LÊ," he effectively emphasizes his close connection to Pho Bolsa TV, thus creating an

ecosystem that captures a large market share of the Vietnamese-speaking viewership both in Vietnam and among the Vietnamese diasporas. Pho Bolsa TV is among the very few U.S.-based media organization permitted by the Vietnamese Government to operate in Vietnam.

Premierline's public Facebook page is strategically designed to engage a Vietnamese-speaking audience, including those in the Vietnamese diaspora in the United States. With around 5 million Vietnamese individuals living abroad, including 2.5 million in the United States alone, and 100 million in Vietnam, this platform plays a vital role in connecting this expansive community. Additionally, it targets over 1.7 million registered subscribers of Pho Bolsa TV and more than 800,000 Vietnamese Americans in California as well as 400,000 Vietnamese Americans in Harris County, making it a powerful tool for outreach.

Defendant Le adeptly harnesses Premierline's public Facebook page as a powerful commercial platform, igniting interest and elevating awareness of Premierline's businesses while generating revenue. Increase in viewership directly translates into increased revenue. He actively invites visitors to explore his YouTube channels, Andrew Le TV, and Pho Bolsa TV, for product purchases, subscriptions, advertising opportunities, talk shows, and daily news.



Defendant Le has shared hundreds of Facebook Reels on this public page, primarily in Vietnamese, significantly enhancing traffic to Premierline's Facebook presence and boosting the visibility of Pho Bolsa TV. This strategy not only fuels revenue growth for both entities but also taps into cultural connections, fostering deeper engagement with a growing audience within the expanding ecosystem.

Furthermore, Defendant Le promotes initiatives for both Premierline Group, LLC and his employer, Pho Bolsa TV, through Premierline's Facebook page and his media channels. He showcases over one hundred episodes of various programs that he has directed and produced, such

as interviews, "The Andrew Le Show," and his weekly series "Góc Nhìn Andrew Lê" (Andrew Le's Perspective). Daily live news segments featuring both Defendants -- Le and Vu -- are also featured. These episodes, filmed at the ~~Premierline Group office—known as Andrew Le TV—are streamed on Pho Bolsa TV~~, enhancing reach and impact. See clickable link photos 1 and 2.

On February 20, 2025, Williams and his wife, singer Bich-Tuyen, attended the temporary injunction court hearing in Harris County, supported by Le, Ho, and Khoa Le, another YouTuber, with the intent of shaping public opinion to their advantage. Defendants Le and Vu, both associated with Pho Bolsa TV, are not media representatives. Rather, they are working as mercenaries for Williams and his wife, to manipulate public opinion from the outset.

As stated above, in the case of Gerard R. Williams III v. Dam Vinh Hung ("DVH") et al., Plaintiff NTT is a peripheral defendant. Throughout these proceedings, Defendants Le and Vu, supported by Clarence Dung Taylor ("Dung") -- a partner at Pho Bolsa TV, have consistently and publicly urged DVH to capitulate to Williams.

On January 12, 2025, during one of his livestreams that attracted forty-six thousand views, Defendant Le emphasized this point at timestamps ~~35.12 to 35.31~~, stating, "For reasonable individuals, for Andrew, Andrew would apologize right away. This was Mr. Gerard's way of achieving closure since he did nothing wrong. Had Dam Vinh Hung responded positively, we wouldn't be discussing this today, would we? There's really nothing more to discuss; it should have ended there."

In other talk shows on Pho Bolsa TV, Le, Vu, and Clarence Dung have made threats regarding involvement from the IRS, immigration authorities, and the FBI during their broadcasts. Additionally, Le, Vu, and Dung have falsely claimed that "a court concluded DVH's actions constituted extortion." This troubling conduct highlights a blatant bias and raises profound ethical concerns; leveraging threats of criminal charges to gain an edge in a civil matter is entirely

inappropriate. The intended message was: Those daring to challenge Williams' and his wife's reputation can expect serious repercussions. As part of this tactic, Defendants Le and Vu have unleashed an unyielding barrage of vitriolic attacks against Plaintiff across multiple digital platforms, laying bare their ulterior motives.

On June 25, 2025, Defendant Le succinctly encapsulated this ongoing struggle when he declared on Premierline's Facebook page: "It's easy to see why I continue to support Gerard Williams III; it's because the evidence of Mr. Dam's 'self-harm' is very clear. The new affidavit submitted to the court will be more impactful if it includes evidence; otherwise, it is just…" See photo 3



Likewise, Ho, a co-founder and the CEO of the flourishing multimillion-dollar conglomerate Hoang Gia Pearl Company (HGP), and his wife, Phung Bach Doan ("Phung"), the co-founder and Deputy General Director of HGP[1], enjoy a strong friendship with Williams and particularly his wife Tiffany Nguyen, who is well-known in the Vietnamese diaspora and in Vietnam as singer Bich-Tuyen, and with her parents Minh Nguyen and Ha Truong (To see friendship album photos of the Williamses, Bich-Tuyen's parents - Minh Nguyen and Ha Truong, Ho and Phung double click here). HGP stands as a cornerstone in the Asian pearl industry, representing a significant multimillion-dollar enterprise operating extensively in both the U.S. and Vietnam.

---

[1]  https://www.ngngoidhuatin.vn/loat-giai-thuong-cua-nu-doanh-nhan-doan-bach-phung-nha-dong-sang-lap-ngoc-trai-hoang-gia-204586010.htm;https://www.ngngoidhuatin.vn/loat-giai-thuong-cua-nu-doanh-nhan-doan-bach-phung-nha-dong-sang-lap-ngoc-trai-hoang-gia-204586010.htm;https://eva.vn/tin-tuc-thoi-trang/phia-sau-thanh-cong-cua-ngoc-trai-hoang-gia-la-nu-doanh-nhan-doan-bach-phung-day-ban-linh-c290a541428.html; https://afamily.vn/hai-thap-ky-xay-dung-va-phat-trien-hoang-gia-pearl-cua-doanh-nhan-doan-bach-phung-20221219215500051.chn?fbclid=IwY2xjawMznS5kHRuA2FhQfcMABicmikETEyZWdpN3RNNFVTMVdmaGY2AR4hx6-yEZNa-dUBZ8SqvK-9Vc6d1b473vRT50875c5SvJvsidVWM8RSFCIsg_aem_FEN2VUKo-dAaQJnFI5vupg; https://ngoisaodoanhnhan.vn/chuyen-gia-tam-ly-thi-mai-lan-dan-chia-se-ve-cau-chuyen-khien-minh-day-dut/?fbclid=IwY2xjawMzozRicHRgA2FIbQkMABicmikETEyZWdpN3RNNFVTMVdmaGY2AR6cgZjzZXLqRX8nQH1rOQkFfTCB2-wMmmSBdj6nzLBq4Xa_9UWovcOUAJkov_aem_co6QyVFPGcAB-UFbHtlFQ

Ho took on the role of a camera operator for Pho Bolsa TV to ensure that Williams and his wife prevail in the court of public opinion while Williams' lawsuit against Vietnamese superstar singer Dam Vinh Hung was proceeding through the court system. His strategic partnership with the



other Defendants reflects Ho's strong alliance with the Williams and his willingness to protect their interests.  For example, in multiple comments on Le's Facebook page, he aggressively advocated a lawsuit against Ngo Ky, a well-known and vocal member of the Vietnamese community overseas. Also, in a separate comment regarding another case in County Court 1, where Williams stood as the plaintiff against Thu Thuong and Derek Pham, Ho expressed his concerns that they might evade justice in the injunctive order. He clearly aimed to defend the Williamses by working with other Defendants to silence their critics. See clickable link photo 4.

On February 19, 2025, Defendant Vu saw them off to the airport to attend the temporary injunction hearing on February 20, 2025. Meanwhile, Defendant Le captivated the audience with compelling opening remarks that set the tone for the proceedings: "As we embark on this mission, I'm thrilled to have *my boss* (Vu) supporting me. Let's give a warm welcome to our *new cameraman* (Ho) and make sure he feels right at home! I can't wait to share our upcoming reports with all of you." Ho then described his enthusiasm, "I've got an exciting assignment lined up for 3 days and 2 nights, filled with delicious food and engaging tasks!" See Facebook photos below:





For the three-day assignment starting on February 20, 2025, at the Harris County Courthouse, Defendant Ho displayed Pho Bolsa TV-issued staff badge, which designated him as the official cameraman. Between 7:15 and 7:22 a.m. on that day, Ho shared his excitement with Khoa Le, also known as Cu Lu Nhi, a YouTuber and friend of Williams and his wife Tiffany Nguyen, Ho and Le, for working as a cameraman for Pho Bolsa TV. The badge not only recognized him but also underscored his involvement in publicizing a high-profile defamation case.

This badge stands as a testament to the collaborative efforts of Vu, Le, and Ho to disseminate and amplify the disinformation that threatens Plaintiff and his reputation. Ho's involvement amounted to "accessories to defamation,"



PHOTO 5

as he contributed to spreading a false and damaging narrative about Plaintiff. By operating the camera, he played a pivotal role in disseminating misleading statements and images in a video

narrated by Le and authorized by Vu, which ultimately harmed Plaintiff's reputation. In this context, Ho was not just a bystander; he actively engaged in the preparation and dissemination of a defamatory publication. As an agent, he diligently worked toward achieving the objectives of the agency (Pho Bolsa TV and Royal Pearl, aka Hoàng Gia Pearl, internationally recognized as HOÀNG GIA PEARL DONG THAP COMPANY LIMITED) in his role as an ad hoc cameraman.  See clickable link photo 5.

Ho is a celebrated public figure in Vietnam, renowned for his exceptional skill as a rare pearl craftsman. As the youngest recipient of the prestigious title of Meritorious Artisan, he epitomizes the richness of Vietnam's artistic heritage.[2]

To prepare for a successful entry into the U.S. market, he was featured in a five-minute segment introducing Royal Pearl, HGP, and Finifer on the highly acclaimed musical production, Paris by Night. On December 31, 2019, the segment included an interview with Mr. Tuan Thanh Ho, the Chairman of the Board of Directors and Chief Executive Officer of Hoang Gia Pearl, between the timestamps of 37:37 and 43:01.

This show attracts millions of viewers among both the Vietnamese diaspora and audiences in Vietnam, making it the perfect platform for showcasing his work. Ho's breathtaking creations, especially a pearl necklace inspired by the iconic bronze drum—an enduring symbol of Vietnam's cultural legacy—have captivated collectors and admirers around the world. His pieces have been selected as state gifts for prestigious foreign dignitaries, including former U.S. President Barack

---

[2] https://doanhnhansaigon.vn/the-kieng-ba-chan-cua-doanh-nhan-ho-thanh-tuan-241172.html;
https://english.vtv.vn/news/a-special-pearl-set-was-gifted-to-the-first-lady-2025010113749277.htm;
https://baothanhhoa.vn/nghe-nhan-ho-thanh-tuan-duoc-vinh-danh-tai-su-kien-thang-di-san-nguoi-my-goc-a-250764.htm;https://tcdnlichtphcm.vn/chuyen-hay/tong-thong-my-gui-thu-cam-on-nghe-nhan-ho-thanh-tuan-c17e98582.html;https://vnexpress.net/nghe-nhan-tai-ra-bo-thanh-tuan-tro-thanh-pho-chu-tich-nga-4404520.html;
https://www.phunumyvang.com.vn/tin-tuc/nghe-kim-hoan/nghe-nhan-7x-lam-thay-doi-lich-su-ngoc-trai-the-gioi.html;https://vnbusiness.vn/thi-truong/thoi-bon-dai-nuoc-kn-ngoc-trai-1104297.html;
https://thethaovanhoa.vn/nghe-nhan-ho-thanh-tuan-duoc-vinh-danh-tai-su-kien-thang-di-san-nguoi-my-goc-a-20250603154420112.htm;https://laoikiohoansaigon.vn/vinh-danh-quoc-te-nghe-nhan-ho-thanh-tuan-tai-nha-trang-hoa-ky/

Obama and the late Japanese Prime Minister Shinzo Abe, reinforcing his reputation as a national treasure.[3]

By participating as a cameraman, Ho aimed to draw significant public attention from Vietnam and the global Vietnamese community, leveraging his status as a highly regarded and internationally recognized craftsman.

Defendant Le proudly declared that he garnered nearly five hundred thousand viewers in just a few hours during his coverage of the temporary injunction hearing on February 20, 2025. This remarkable achievement took place during a live interview with the popular YouTuber Khoa Le, known to fans as "Cu Lu Nhi." During and after that hearing, Defendant Le actively encouraged viewers to sign up as paid members, emphasizing the value of exclusive content.

All defendants have participated in a deliberate collusion, executing a well-orchestrated plan with specific roles assigned to each participant. The evidence is compelling: Vu approved and authorized the issuance of an exclusive 3-day employee badge for Ho, who acted as a cameraman only for this one specific occasion and directed Le and Ho to cover the hearing under the name of Pho Bolsa TV, strategically using social media to defame Plaintiff maliciously. They collaborated to tarnish Plaintiff's reputation for two evident purposes: (a) to shape public opinion in favor of the Williamses, both well-known Vietnamese-language singers, while they await the progression of Williams' lawsuit against superstar singer Dam Vinh Hung, in the judicial system, and (b) to create sensational news that would boost viewership, clicks, stickiness for Vu's and Le's social media outlets and increase revenue for Vu, Le, Pho Bolsa TV, Andrew Le TV, and Premierline.

At the heart of this plot to defame Plaintiff is Vu, the co-owner of Pho Bolsa TV, who boasts over 1.7 million subscribers. Alongside him are his partners, Dung Taylor TV and Andrew Le TV.

---

[3] https://english.vov.vn/en/culture/hcm-city-gifts-jewellery-to-first-lady-michelle-obama-320867.vov; https://english.vtv.vn/news/a-special-pearl-set-was-gifted-to-the-first-lady-20250110113749277.htm

Williams and his wife have strategically chosen all three. Defendants Ho, a close ally of the Williams family, Vu, and Le have acted together in a powerful and multifaceted alliance to harm Plaintiff. Together, they seek to bolster the public image of Gerard R. Williams III and his wife. This alliance is instrumental in crafting their narratives, shaping public opinion, and enhancing the Williamses' standing within the Vietnamese community, both in the U.S., particularly in Harris County, and in Vietnam.

Williams and his wife are strategically enhancing their public image by capitalizing on his unique status as an American singer of Vietnamese songs and her prominent reputation as a celebrated singer, Bich-Tuyen. Despite Williams' minor league singing skills needing polish, the support of his wife's T&T Entertainment company has positioned him to become a recognized figure within the Vietnamese diaspora and the vibrant entertainment landscape of Vietnam. Their combined talents and name recognition create a compelling narrative that resonates with audiences, fostering a strong connection to both cultures. Their popularity resonates with a substantial fan base in Vietnam and among the Vietnamese diaspora, which in total numbers in the tens of millions. A simple YouTube search for "Gerard Williams Paris By Night" reveals numerous videos showcasing his performances, which have captivated millions of viewers worldwide.[4] Additionally, he has hosted various engaging YouTube interviews from his Newport Coast home, offering viewers exclusive mansion tours and organizing high-profile events that enhance his influence within the industry. Williams is also widely recognized as the chief architect of Apple's iPhone processors and currently serves as the Senior Vice President of Engineering at Qualcomm.[5] Williams has made significant

---

[4] https://www.youtube.com/watch?v=eaFzz6Q9F04; https://www.youtube.com/watch?v=-OudL9AUVPY; https://www.youtube.com/watch?v=CUCl1QPOmIs; https://www.youtube.com/watch?v=vyp8h7wYQ; https://www.youtube.com/watch?v=X5aQXTAflQo;https://www.youtube.com/watch?v=IPTg3X2z6_c&lc=Ugi2b2DxPHGobXgCoAEC
[5] https://www.cnet.com/tech/mobile/apple-loses-engineer-overseeing-the-processors-powering-iphones-ipads/; https://global.dday.it/2024/10/25/709/gerard-williams-iii-the-transistor-artist-let-me-tell-you-how-oryon-was-born; https://www.macrumors.com/2019/02/20/gerard-williams-iii-departs-apple/;

contributions to both the technology sector and the Vietnamese entertainment and online media landscapes. He is acknowledged as a prominent public figure, recognized well before the recent scandals and controversies arose.

Hung Huynh aka Dam Vinh Hung (DVH) is a superstar singer in Vietnam, boasting over 6.5 million followers[6] on Facebook, along with 1.7 million[7] plus followers on his personal account, and has a substantial fan base both within Vietnam and among the Vietnamese diaspora, which numbers around one hundred million.

This is evidenced by the extensive media coverage DVH receives, both domestically and internationally. DVH effortlessly captivates audiences, racking up an impressive 4-12 million views per show on platforms like Facebook, YouTube, and TikTok.

Before the said lawsuit against DVH, Williams was featured in many shows with the former, attracting 4-10 million views *per show on Facebook*, not including YouTube and shared or republished videos on other digital platforms.  It is important to highlight the strong friendship between Williams and the Vietnamese superstar singer before the ongoing controversy regarding the lawsuits. Together, they created an incredibly popular duo in Vietnam, captivating audiences nationwide and capturing the interests of millions of overseas Vietnamese.  See photo 6.



The recent breakup between Williams and DVH has captured the public's attention like never before. This once-strong friendship between the Vietnamese superstar and a wealthy American inventor has seemingly ended in turmoil, yet the intrigue surrounding their unexpected fallout only deepens. Following the breakup, a significant legal battle has unfolded, intensifying the drama. On

https://9to5mac.com/2021/03/16/qualcomm-cpu-nuvia-apple-acquisition/; https://www.businessinsider.com/apple-suing-ex-employee-after-he-quit-tech-giant-2019-12
[6] https://www.facebook.com/dvhfanpage;

October 31, 2024, DVH filed a personal injury lawsuit against Williams, who swiftly issued a counter lawsuit of his own. As various media platforms buzzed with opinions, commentators are split in their support for either Williams or DVH. Consequently, the pressure mounts on Williams to shape public opinion in his favor, not only in Vietnam but also among the global Vietnamese diasporas.

Williams' recent actions reflect a strategic effort to regain control of the narrative and shape public opinion, ultimately striving to enhance his reputation in a positive light as they await the outcome of their lawsuit against the notable superstar singer DVH.

Both the Williamses are public figures, or limited purpose public figures as they thrusted themselves at the forefront of a public controversy.



Williams has actively sought interviews with major Vietnamese-language media outlets that reach audiences of over 2 million viewers, purposefully broadcasting his narrative about the lawsuits involving a Vietnamese superstar singer and himself. He has explicitly acknowledged that "Tuyen (Williams' wife) and I talked, and we decided that Clarence Dung Taylor (a partner of Vu), was actually *the best path for this to represent kind of the story out there in the public eye*."[8] See clickable link photo 7.

The Williamses selected Pho Bolsa TV and Dung Taylor TV because they felt these platforms were the best channels for sharing Williams' story. Vu highlighted at timestamps 21:58 and 22:52 that "Mr. Dung Taylor also mentioned that he often received information from Bich-Tuyen's family, which is why he has that information." Mr. Dung Taylor has confirmed the connection with Williams and his wife, highlighting the significance of their relationship. With both

[7] https://www.facebook.com/danvinhhung.1971?locale=vi_VN
[8] Segment between 1:31:48 & 1:33:42. https://rumble.com/v6zgido-live-hi-ht-m-ht-vi-t-ph-gerard-willian-bii-v-y-kin-v-kin-ngc-vi-m-vnh-hng.html

channels boasting viewer counts over 2.3 million, Williams understood the critical importance of reaching a broad audience to effectively convey their narrative. Vu, the owner of Pho Bolsa TV, expressed gratitude, stating, "***Thank you so much for choosing us, Dung Taylor TV and Pho Bolsa TV, to share your story***."[9] Williams has been quoted and featured by Pho Bolsa TV at least thirty-three times. Additionally, he has attracted significant attention from various media outlets both in Vietnam and internationally, with Pho Bolsa TV serving as a primary source. [10]

At timestamps between 44:22 and 44:35, Dung passionately states, "The ***viewership*** for both Pho Bolsa TV and Dung Taylor TV is skyrocketing daily. This demonstrates that audiences in Vietnam and around the world, along with the Vietnamese press in Vietnam, are turning to these platforms for reliable information. I hope they ensure that the information shared is accurate." On December 3, 2024, Williams appeared on Pho Bolsa TV and Dung Taylor TV, attempting to shape the public perception of himself as a "good" guy and influencing the public's perception of the case.

On October 2, 2025, Tuoi Tre Online and Tuoi Tre Newspaper took a significant step by issuing a formal correction, clarification, and an apology to Dam Vinh Hung, stating they had "removed some inaccurate information about singer Dam Vinh Hung." This relates to articles published on December 12, 2024, and December 18, 19, 25, and 29, 2024, as well as January 13, 2025, June 27, 2025, and July 11, 2025. Tuoi



Tre Online and Tuoi Tre Newspaper admitted that Williams' wife, singer Bich-Tuyen, and Clarence Dung Taylor, owner of Dung Taylor TV, were sources of disinformation. Bich-Tuyen provided the media, a third party, with a copy of the demand letter from Dam Vinh Hung's former attorney to bolster Williams' campaign and justify in the public eyes Williams' ongoing litigation against DVH.

---

[9] Segment between 2:27:04 & 2:27:10:73 https://rumble.com/v6zgjdo-live-hi-bt-ni-bt-vi-t-ph-gerard-william-iii-v-t-bv-v-kin-ngc-vi-m-vnh-hng.html
[10] See attached **Exhibit A** – list of YouTubes and media publications

On or about December 2024, Williams and his wife, the celebrated singer Bich-Tuyen (known as Tuyen Nguyen on Facebook), captured widespread attention in Vietnam by revealing a demand letter from DVH's attorney. They presented this letter as compelling evidence to accuse DVH of "bold extortion." This decisive move struck a chord, igniting a significant conversation across various media platforms. The letter was shared with numerous media outlets and popular YouTubers in Viet Nam, reaching an extensive audience of five million Vietnamese individuals living abroad.

On October 3, 2025, following a public correction and a formal apology from Tuoi Tre Online and Tuoi Tre Newspaper, Williams' wife took decisive action by sharing both the original demand letter and its Vietnamese translation on her Facebook page and those of her friends. This action took place before Williams' lawsuit against DVH, during the lawsuit, and after Williams had nonsuited his case. She urged her followers to read and engage with the content, stating, "I encourage each of you to examine the demand letter for 20 million dollars from DVH's representative lawyer. If this amount isn't settled promptly, it will escalate to 50 million dollars if it goes to court." Additionally, she commented on her friend Khoa Lena Eric Le's profile, known as Cu Lu Nhi, by sharing the letter as evidence of the alleged $50,000,000 dollars extortion by DVH. **(See Exhibit C)**.

The Williams family plays a significant role in the Vietnamese entertainment industry, led by Williams' wife, singer Bich-Tuyen, and her aunt, Tuyet Le, who co-own and manage T&T Entertainment. Their unique relationships with influential stars, each boasting millions of followers, enable them to extend their reach both locally and internationally. By proactively addressing ongoing challenges, they ensure that important information resonates with a broader audience, significantly enhancing its impact and effectiveness.

It is vital to highlight that the Williamses made a deliberate choice to disclose DVH's demand letter[11] to the media in Vietnam. They understood that litigation privilege does not cover "litigating in the press," a tactic widely recognized as an abuse of the legal system. By publicly sharing DVH's demand letter, the Williamses not only waived their litigation privilege but also recognized the potential for defamation claims, particularly since their intention seemed to be damaging to DVH. This was not a simple mistake; it was a strategic decision. The Williamses crafted this approach to bolster their public image while simultaneously undermining DVH's reputation, controlling the narrative for their own benefit. Additionally, Williams filed a lawsuit December 02, 2024, attempting to disguise his true motive of labeling DVH as an extortionist while naively believing he was shielded by "absolute privilege." It's crucial to note that there is no blanket protection for defamation in court filings. For example, in the Superior Court of the State of California, County of Orange, Case No.: 30-2024-01443938-CU-PO-CJC, Williams accused DVH of making unfounded "demands for $15,000,000, later reduced to $5,000,000, then $20,000,000, with threats to escalate to $50,000,000… attempting to *rob* Gerard's work ethic and exploit his generosity." The lawsuit was cited by the media in Vietnam. This lawsuit was ultimately withdrawn by Williams on January 06, 2025. **(See Exhibit D)**.

Pho Bolsa TV, Andrew Le TV, Dung Taylor, and Defendants Le and Vu rapidly exploited the demand letter from DVH, provided by the Williamses, to create a narrative that paints DVH as an extortionist. They resort to deception and intimidation in their broadcasts, suggesting potential involvement from the IRS, immigration, or the FBI, all contingent upon DVH's agreement to dismiss the case against Williams. It is evident that Pho Bolsa TV and Andrew Le TV do not operate as

---

[11] In civil litigation within the United States, demand letters are not just formalities; they are vital instruments that serve critical roles. These official notices unequivocally outline the potential for legal action if the recipient fails to respond adequately. This approach is particularly powerful in cases involving insurance claims for injuries, where clarity and urgency are paramount to achieving a favorable outcome.

legitimate media outlets; rather, they function as instruments chosen explicitly by Williams to act as his mouthpieces in shaping public opinion. Based on available information, it appears that the Williamses assigned them to target the Plaintiff. Defendant Le has repeatedly stated on Pho Bolsa TV that "I'm not media" whenever ethical concerns have been raised, underscoring their dubious role in this situation.[12]

The real reason the Williams family chose Pho Bolsa TV is that it is one of the few, if not the only, U.S.-based media outlets allowed by the Vietnamese government to officially operate in Vietnam. Essentially, Pho Bolsa TV has a unique opportunity to capture the market of 100 million people. This is significant, especially considering that Williams' wife is a well-known singer in the country and that Williams plans to invest in his AI chip business in Vietnam.

In Vietnam, all media is state-owned, either wholly or partially. Licensed news agencies are expected to operate strictly within the limits of their licenses. Any violations can lead to fines, suspensions, or even the revocation of their licenses. This licensing structure places news outlets under the direct control of party or state entities, creating an imbalance of power that the government often exploits to manipulate the media.

For foreign media outlets wishing to operate in Vietnam, additional layers of licensing and permissions are required beyond the standard press license. These include press visas for foreign correspondents, press cards for permanent correspondents, and operating licenses for foreign media offices. The process highlights the challenges foreign news media frequently encounter when trying to obtain these credentials. Thus, Pho Bolsa TV stands out as the "go to" media outlet that targets both the Vietnamese audience in Vietnam and overseas.

---

[12] YouTube channel is unlikely to be considered a news media entity on its own, as a 2021 Washington State Supreme Court ruling clarified that simply operating a YouTube channel does not qualify an entity as news media, even if traditional news organizations use YouTube to host their content. While many Americans consume news on YouTube, this does not automatically make individual YouTubers or their channels news outlets, particularly when they rely on micro-celebrity practices rather than the journalistic standards of traditional news organizations.

15.     Defendant Le has been a staff member of Pho Bolsa TV since 2020, fulfilling various roles, including reporter, editor, director, and producer. During a live broadcast on October 2, 2023, Defendant Vu openly discussed their three-year collaboration, being enthusiastic about their long-time association. He stated, "I look forward to many more years together!" This remark highlighted their strong and longstanding alliance.   Since 2020, Defendant Le has prominently displayed his Pho  Bolsa TV badge, clearly identifying him as "staff" or "reporter." This badge serves as a testament to his dedicated role within the organization right up to the date this complaint was filed. On February 20, 2025, between the timestamps 22:42 and 22:51, Defendant Le reported live from the Harris County Courthouse, stating, "Today, representing Pho Bolsa TV and Andrew Le TV, I will be reporting live for you.", and confirmed that Defendant Vu would also be joining the broadcast. During the segment from 3:53 to 3:47 on July 11, 2021, Defendant Vu took the opportunity to introduce Defendant Le, emphasizing Le's position as the esteemed editor and presenter of Pho Bolsa TV. Furthermore, as of October 01, 2025, Pho Bolsa TV officially recognizes Defendant Le as an integral member of their team, highlighting their ongoing partnership and steadfast commitment to collaboration. See clickable link photo 8.

16.     Although the hearing in County Court 1 did not address the merits of the lawsuit filed by Williams against Plaintiff, which Defendants Vu and Le knew as they were present, Defendant Le went on to state, "The judge has reached a conclusion. The absence of Mr. Nguyen Thanh Tu and Ms. Nhu Ta today clearly indicates his guilt in the charges of defamation and slander. Due to his failure to appear in court, the judge will not entertain any letters or motions submitted by Mr. Tu."[13]

---

[13] Timestamps between 7:35 & 8:04  https://rumble.com/v6rbt2s-andrew-le-tv-and-pho-bolsa-tv-reporting-from-houston-texas-02-20-2025.html

This statement was false because the Court did entertain Plaintiff's motion to vacate its ruling on March 20, 2025.

17.     Furthering this known falsity, during a break in proceedings, Defendant Le elaborated to the audience, "It's important to note that two of the four individuals being sued today, Mr. Nguyen Thanh Tu and Ms. Nhu Ta, have already been **convicted**."[14]

18.     Defendants Le and Vu mobilized their collective resources, including the Premierline Facebook page and Andrew Le TV platforms, as well as Pho Bolsa TV, to carry out a calculated campaign of disinformation and malicious attacks against Plaintiff. These harmful actions were conducted under the guise of Premierline and Pho Bolsa TV. Notably, Defendant Le disseminated false information from the Harris County Courthouse through the Pho Bolsa TV platform and Premierline's Facebook page. This deceitful post inaccurately claimed that Plaintiff had been held in contempt of court, a serious criminal offense. Defendant Le was fully aware that this claim was unfounded and unwarranted, especially because he had publicly boasted his pursuit of a doctorate in law.

19.     On February 25, 2025, Plaintiff took a crucial step by dispatching defamation mitigation letters to Vu, Le, Pho Bolsa TV, Andrew Le TV, and Premierline. These letters, sent through email, text, and WhatsApp, explicitly demanded that the defendants correct, clarify, or retract their false statements.



        Rather than act responsibly, Defendant Le chose to intensify his attacks. He remarked, "U leaked this email and our communication to the public. So be prepared for note (more)

---

[14] Timestamps between 14:20 & 14:28 https://rumble.com/v6rbt2s-andrew-le-tv-and-pho-bolsa-tv-reporting-from-houston-texas-02-20-2025.html

attacks out there. Not me." Clearly, Defendant Le expressed his and his collaborators' and his co-conspirators' determination to attack Plaintiff in the public eyes regardless of the truth. Unsurprisingly, the assault on Plaintiff persisted without interruption, fueled by Defendants Le, Vu, and Ho, as well as the entities that sanctioned and authorized these actions, of which they are the founders, co-founders, and directors. See photo 9.

For instance, on Premierline's Facebook page and Pho Bolsa TV's venue, Defendants Le and Vu rallied their audience to join them on the Andrew Le Show. They asserted, "Today, March 20, 2025, the Harris County Court issued a temporary injunction (TI) order against Nguyen Thanh Tu and Nhu Ta for contempt of court for failing to appear on February 20, 2025, despite having received proper notice. This order prohibits Nguyen Thanh Tu and Nhu Ta from making any comments, writings, or actions related to the Williams family across all media platforms. The TI order will remain in effect until the conclusion of Williams vs. YouTubers case." This underscores the serious commitment of the defendants to resorting to falsities to destroy Plaintiff's reputation.

20.     Although neither the signed temporary injunction nor the transcript from the March 3, 2025, status conference stated that Plaintiff was in contempt of court, Defendant Le, waving a copy of the injunction, stated on Pho Bolsa TV, his Premierline's Facebook page, and  YouTube channel a message titled "NHƯ TA VIẾT THƯ XIN LỖI MONG TÒA THA THỨ NHƯNG TÒA VẪN RA LỆNH PHẠT CẢ HAI THANH TÚ NHƯ TA" (Translation: Nhu Ta wrote a letter of apology, asking for forgiveness from the court, but the court still issued an order of punishment against both Thanh Tu (and) Nhu Ta.): "Contempt of court is also a crime."[15] … The judge said that since the 20th – in the court minutes of March 3, she said that "you did not appear in court on February 20, you disrespected [the court], you were in contempt of court."[16] Defendant Le further stated: "Oh, so

---

[15] Timestamp @: 1:09:27 & 1:09:28 https://rumble.com/v6xseg6-andrew-le-nh-t-vi-th-xin-li-mong-ta-tha-th.html
[16] T timestamps between 1:13:20 & 1:13:32 https://rumble.com/v6xseg6-andrew-le-nh-t-vit-th-xin-li-mong-ta-tha-th.html

am I right or wrong, Mr. Tu? Mr. Tu, I said you were in **contempt of court**, right? The judge confirmed. And I also said the court has stamped you (on February 20, 2025, TI hearing). Is it stamped now? Did I say anything wrong? Mr. Nguyen Thanh Tu? You are a dishonest person, no honesty." [17] ... "I told you (the supporters), but you did not listen. That is your business, but don't come here to support individuals with **criminal record**, as it might negatively impact your reputation." [18] (Emphasis added)

21.    On March 23, 2025, Defendant Le shared a video on Premierline's Facebook page titled "Giải mã: NGUYỄN THANH TÚ LÀ AI? NGƯỜI CÓ TIỀN ÁN TIỀN SỬ Ở MỸ HIỆN GIỜ Ở ĐÂU?" (Translation: Decode: WHO IS NGUYEN THANH TU? WHERE IS THE PERSON WITH A CRIMINAL RECORD IN THE U.S. NOW?). (Emphasis added) The video "doxxed" Plaintiff by publicly disclosing his home address, his wife's name, and other sensitive personal information. [19] This behavior has the potential to escalate into stalking. At the very least, Defendants Le and Vu clearly sought to put Plaintiff and his family in a position of public ridicule and harm their reputation within the Vietnamese community in Harris County, TX. Worse yet, their disinformation campaign may put Plaintiff, his wife and his children in harm's way as they would face hostility from local viewers of Pho Bolsa TV and Andrew Le TV.

To maximize the reach of their disinformation campaign, Defendants Le and Vu also targeted Vietnamese viewers beyond Harris County, Texas. They focused on the 5 million Vietnamese individuals living overseas and the 100 million people in Vietnam. Additionally, they aimed at the more than 1.7 million registered subscribers of Pho Bolsa TV. By using specific hashtags, they

---

[17] Timestamps between 1:21:01 & 1:21:31 https://rumble.com/v6xscg6-andrew-le-nh-t-vit-th-xin-li-mong-ta-tha-th.html
[18] Timestamps between 1:10:49 & 1:11:01 https://rumble.com/v6xscg6-andrew-le-nh-t-vit-th-xin-li-mong-ta-tha-th.html
[19] Texas. **Section 42.074** of the Tex Penal Code criminalizes doxing – "Unlawful Disclosure of Residence Address/Tel. Number." Under this statute, a person commits doxing if he or she "posts on a publicly accessible website the residence address or telephone number of an individual with the intent to cause harm or threat of harm to the individual or a member of the individual's family or household." It is a Class B misdemeanor, punishable by six months in jail and a maximum $2000 fine, to post an individual's address or number on a publicly accessible website

enable individuals to search for and ***easily access*** all related contents on social media platforms. The false statement is so damaging to the Plaintiff's reputation that harm is presumed, allowing the case to proceed without the need to prove actual damage. This situation arises from specific categories of statements, particularly those that were wrongfully asserted by Le, Vu, and Ho that Plaintiff is a criminal with a record and has committed contempt of court or engaged in criminal behavior. Such accusations are not only harmful; they undermine the fundamental principles of justice and fairness. Similarly, the hashtag that falsely accuses the Plaintiff of being a criminal with a record and having committed contempt of court is considered defamation per se.  See clickable link photo 10.



Defendant Le not only serves as a businessman but also proudly identifies as a pastor with expertise in law. Meanwhile, Defendant Vu from Pho Bolsa TV fervently advocates for Defendant Le's credentials, showcasing him as a dedicated and accomplished "Ph.D." law student. Defendants Premierline, ATUTA d/b/a Pho Bolsa TV, and Vu have deliberately assigned Defendants Le and Ho to come to Harris County, Plaintiff's location of residence, to wage acts of defamation, fully aware of Le's track record of harassment, gaslighting, and spreading disinformation on multiple social media platforms. Their failure to act in response to Plaintiff's letters points to complicity and intent to harm.

The online harassment connected to YouTube videos is not only work commissioned by the Williamses; it is also strategically aimed at increasing viewership and attracting clicks—thereby increasing revenue—while simultaneously seeking to hurt and intimidate particular individuals. This conduct clearly qualifies as unlawful harassment, as it exploits the internet in a manner that is egregious, prolonged, and intensely damaging. The motive behind such actions is to manipulate

with the intent to cause harm or a threat of harm to the individual or a member of the individual's family / household.

behavior through fear, anxiety, and emotional distress, while also tarnishing the Plaintiff's online reputation.

### E.    *Defamation Per Se*

Defendant Le is the owner of Premierline Group, LLC. As an employee of Pho Bolsa TV, he has assumed various roles, including reporter, editor, director, anchor, and producer. He has also



hosted his own shows, "GÓC NHÌN ANDREW LÊ" (Andrew Le's Perspective) and Andrew Le show on Pho Bolsa TV platform. Initially, Defendant Le relied on the Andrew Le Office YouTube channel, which attracted a modest average of 500 to 1,000 views per episode. However, after linking it to Pho Bolsa TV, his audience grew exponentially, surging to over 100,000 viewers per episode and propelling his personal fame to new heights. See clickable link photo 11.

This remarkable transformation explains his wearing Pho Bolsa TV's staff badge as a promotional ploy that mutually benefits Defendants Vu, Le, Pho Bolsa TV, Andrew Le TV and Premierline. Even when appearing on his own Andrew Le TV channel for livestreams, Defendant Le often showcases the Pho Bolsa TV badge. Occasionally, he even displays a dual representation badge, which viewers automatically associate with him as part of Pho Bolsa TV's staff. Ultimately, Pho Bolsa TV is more than just a brand; it is an essential ecosystem of which Premierline, also known as Andrew Le TV, is a part of.



As illustration, on a livestream show on Andrew Le TV on January 14, 2025, during the pivotal timestamps of 18:34 to 18:41, Andrew Le showed off his Pho Bolsa TV badge. He introduced himself to a mainstream news reporter: "Hi Marco, my name is Andrew. I'm with Pho Bolsa TV." Later, at timestamp 26:26, he reiterated his

affiliation with a familiar greeting: "Hi Mr. Cooper, my name is Andrew, and I'm with Pho Bolsa TV."

In this critical interaction, he not only displayed his Pho Bolsa TV badge to Anderson Cooper of CNN but also took the time to teach Mr. Cooper the correct pronunciation of the name. Despite his dual representation, these moments highlight his official position at Pho Bolsa TV and reinforce it as a fundamental aspect of his identity. Ultimately, Defendant Le aimed to position Pho Bolsa TV and Andrew Le TV as affiliates or partners, effectively emphasizing the connection between these two entities and suggesting that Defendant Le TV could be viewed as an alter ego of Pho Bolsa TV. See clickable link photo 12.

Defendant Andrew Le effectively showcased how Pho Bolsa TV acts as his alter ego. On March 7, 2025, while updating viewers on the important court cases involving Williams and renowned Vietnamese superstar singer Dam Vinh Hung in California, as well as the case involving Williams against various YouTubers and this Plaintiff in Harris County, he made a noteworthy announcement on Premierline's Facebook page: "There is officially a new lawyer on Mr. Dam's side. I sincerely hope for a press conference or an official interview with Attorney Brandon Tran. A positive response from Attorney Brandon would really help shape public opinion!"  A pivotal moment took place in Premierline's office, as highlighted in the Andrew Le TV YouTube video between the timestamps 21:05 and 21:15. In this segment, Defendant Andrew Le enthusiastically greeted Attorney Brandon Tran, saying, "Hi, Attorney Brandon Tran. This is Andrew Le from Pho Bolsa TV. We would be delighted to invite you for a brief interview on our channel, please."

On February 20, 2025, between 22:42 and 22:51, Defendant Le reported live from the Harris County Courthouse, stating, "Today, representing Pho Bolsa TV and Andrew Le TV, I will be reporting live for you." Later, on August 12, 2025, during a separate lawsuit involving the friend of Williams and his wife, Nguyen Phuong Hang, during a session at County Court 2 in Harris County,

Texas, he streamed the event live on the Andrew Le TV platform. As a dedicated staff member of

Pho Bolsa TV, he reported on the proceedings while ostensibly displaying his Pho Bolsa TV badge on Premierline Group, LLC's Facebook page. Again, he used his association with Pho Bolsa TV to bolster the  viewership of his own Andrew Le TV channel. "If it looks like a duck, walks like a duck and quacks like a duck, then it just may well be a duck." A test devised by the US labour leader Walter Reuther (1907–70). See clickable link photo 13.

Defendant Vu sent a letter to Plaintiff dated April 21, 2025. In this letter, Defendant Vu asserted that Premierline and Pho Bolsa TV are separate **entities with distinct operations, platforms, and management**. Specifically, the letter states, "Mr. Andrew Le operates his own platform and independently shares his own commentary. Any claim attributing this statement to me, or Pho Bolsa TV, is factually incorrect. Neither I nor Pho Bolsa TV authorized or disseminated any content related to the court hearing in question." However, the facts reveal a contrasting reality: they are bound together by an umbilical cord.

Defendants Ho and Le made their way to Harris County to cover a critical temporary injunction hearing, proudly representing Pho Bolsa TV, which had issued them official staff badges. Throughout the coverage, Le effectively positioned himself as a dedicated reporter for Pho Bolsa TV. It was evident that he fully grasped the mission assigned to both him and Ho by Defendant Vu. On February 19, 2025, as they were preparing for the hearing scheduled for February 20, 2025, Defendant Le enthusiastically shared on his Facebook page how Defendant Vu had seen them off at the airport, highlighting the support they received. He expressed: "As we embark on this mission, I'm thrilled to have **my boss** (Vu) supporting me. Let's give a warm welcome to our *new cameraman* (Ho) and make sure he feels right at home! I can't wait to share our upcoming reports with all of

you."

On February 20, 2025, between the timestamps of 22:42 and 22:51, just before entering the Harris County courthouse, Defendant Le went live, stating, "Today, representing Pho Bolsa TV and Andrew Le TV, I will be reporting live for you," and confirmed that Defendant Vu would also be participating in the broadcast.

At a deeper level, Premierline, led by Defendant Le, has invested materials and significant sweat equity into ATUTA, d/b/a Pho Bolsa TV. Notably, most videos produced by Pho Bolsa TV were filmed at the office of Premierline, also known as Andrew Le office or Andrew Le TV. Andrew Le's interviews and his two popular shows, "Andrew Le Show" and "Góc Nhìn Andrew Lê" (Andrew Le's Perspective) are aired on Pho Bolsa TV.



In his roles as a staff member, reporter, and partner of Pho Bolsa TV through Premierline, Andrew Le conducts interviews and presents daily live news segments, in addition to his weekly programs. His collaboration with both Pho Bolsa TV and Premierline channels showcases a cohesive portfolio of media offerings that feature strategic cross-promotion, coordinated airtime, and joint broadcasting initiatives. He has directed, staged, and produced over one hundred episodes across various shows, including daily live news segments co-hosted with Defendant Vu, the owner of Pho Bolsa TV. His expertise in creating captivating interviews and noteworthy content, such as "Andrew Le Show" and the weekly segment "Góc Nhìn Andrew Lê," has not only elevated the programming but also solidified the alliance between these two entities.  See clickable link photo 14.

Its extensive reach positions Pho Bolsa TV as the leading platform for the 5 million Vietnamese living abroad and the 100 million viewers in Vietnam. With over 1.7 million registered subscribers and access to more than 800,000 Vietnamese Americans in California and 400,000

Vietnamese Americans in Harris County, Pho Bolsa TV is a crucial asset for Premierline's outreach strategy. The content created by Premierline accounts for the surge in viewership, which translates into increased clicks and revenue, creating a financial  windfall for Pho Bolsa TV while enhancing the visibility and impact of all stakeholders involved. This symbiotic partnership fosters an ecosystem that yields a mutually beneficial business arrangement, offering substantial rewards for all parties involved in this collaboration. See clickable link photo 15.

Defendants Vu and Le used the office of Premierline to produce talk shows that were streamed on Pho Bolsa TV platform to attack Plaintiff viciously. Their deliberate dissemination of false statements to third parties reveals a blatant disregard for the truth and a level of gross negligence that has caused significant harm to the Plaintiff. Premierline's office served as the epicenter of their coordinated efforts to damage Plaintiff's reputation. See clickable link photo.

The statements published by Le on Premierline on YouTube and Facebook were produced at Andrew Le's office and aired on Andrew Le TV and Pho Bolsa TV. They grossly defamed Nguyen Thanh Tu, the Plaintiff: "It is important to note that two of the four individuals being sued today, Mr. Nguyen Thanh Tu and Ms. Nhu Ta, have already been convicted."; "Contempt of court is also a crime."; "The court said that since the 20th in the minutes of March 3rd of the transcript she said that on February 20th you (NTT) did not appear in court you disrespected [the court], you are in contempt of court."; "WHO IS NGUYEN THANH TU? WHERE IS THE PERSON WITH A **CRIMINAL RECORD** IN THE US NOW?" The statements described above are untrue and defamatory per se as they injure Plaintiff's reputation, profession, or occupation. The false accusation of Plaintiff of being a criminal with record and being convicted of contempt of the court,

constitute defamation per se. Defamation is defined as the invasion of a person's interest in his/her reputation and good name. *Hancock v. Variyam*, 400 S.W.3d 59, 63 (Tex. 2013). *See also* Texas Civil Practice and Remedies Code § 73.001. Defendants' statements were not privileged and were made with malice in that they were made with knowledge that they were false or with substantial grounds for knowing that they might be false and with reckless disregard to whether they were true or false.

Defamation per se refers to statements that are so obviously harmful that general damages, including for loss of reputation and mental anguish, may be presumed *Hancock v. Variyam,* 400 S.W.3d 59, 63-64 (Tex. 2013); *Bentley v. Bunton*, 94 S.W.3d 561, 604 (Tex. 2002). When the case involves defamation per se, however, there is a presumption that the statements caused harm to the plaintiff's reputation. *Hancock v. Variyam,* 400 S.W.3d 59, 63-64 (Tex. 2013); *Goree v. Carnes,* 625 S.W.2d 380, 384 (Tex. App.-San Antonio 1981, no writ); *see also Waste Mgmt. of Tex., Inc. v. Tex. Disposal Sys. Landfill, Inc.,* 434 S.W.3d 142, 147, 150-151(Tex. 2014) (corporation has reputation, so it may sue for defamation per se that injures that reputation). Accordingly, for the types of statements that qualify as defamation per se, a plaintiff need not plead or prove any specific injury in order to recover general damages *Bentley v. Bunton,* 94 S.W.3d 561, 604 (Tex. 2002) ("Our law presumes that statements that are defamatory per se injure the victim's reputation and entitle him to recover general damages, including damages for loss of reputation and mental anguish.") The issue of whether statements are defamatory per se is generally a matter of law to be decided by the court. *In re Lipsky,* 460 S.W.3d 579, 596 (Tex. 2015).

"Let the master answer" - In summary, the liability in question does not arise directly from the actions of Premierline Group, LLC, ATUTA, Inc. (operating as Pho Bolsa TV), or Hoang Gia Pearl (registered in the United States as HGP USA Corp.). The actions of the founders, co-founders, co-owners, and directors have created a foreseeable risk that has caused harm to the Plaintiff while trying to promote the interests of Premierline, ATUTA, Inc. (operating as Pho Bolsa TV), Hoang Gia

Pearl (registered as HGP USA Corp.), and Royal Pearl. These interests include increased revenue and carrying out tasks commissioned by the Williamses. Even if the entities did not authorize the alleged harmful acts, Premierline, ATUTA, Inc., Hoang Gia Pearl, and Royal Pearl are still fully responsible for corporate defamation.

Defendants Vu, Le, and Ho are personally responsible for their actions because they not only authorized but also actively directed, approved, and facilitated the spread of false and damaging statements about Plaintiff. For example, Ho, a founder and CEO of a multimillion-dollar conglomerate, along with his wife, Phung Bach Doan—who is a co-founder and Deputy General Director of Hoang Gia Pearl Company[20]—has a close affiliation with the Williamses and has viciously attacked all those viewed with hostility by the Williamses. (This close affiliation can be seen in the album photos of the Williamses, Bich-Tuyen's parents - Minh Nguyen and Ha Truong, Ho, and Phung -- double-click here). In pursuing his agenda, Ho officially joined the team of Pho Bolsa TV. He wore a Pho Bolsa TV badge, authorized by Vu. He posed as a cameraman while covering the court hearing in Harris County on February 20, 2025—an act specifically sanctioned by Vu. Ho's newly issued staff badge from Pho Bolsa TV emphasized his role in an exclusive three-day event at the Harris County Courthouse.

This situation highlights the coordinated efforts of Vu, Le, and Ho to undermine Plaintiff's credibility through disinformation. By accepting the Pho Bolsa TV badge, Ho willingly agreed to pose as a cameraman and participate in a three-day campaign of falsehoods that harmed Plaintiff.

---

[20] https://www.ngnoidtatin.vn/loat-giai-thuong-cua-nu-doanh-nhan-doan-bach-phung-nha-dong-sang-lap-ngoc-trai-hoang-gia-204586010.htm;https://www.ngnoidtatin.vn/loat-giai-thuong-cua-nu-doanh-nhan-doan-bach-phung-nha-dong-sang-lap-ngoc-trai-hoang-gia-204586010.htm;https://eva.vn/tin-tuc-thoi-trang/phia-sau-thanh-cong-cua-ngoc-trai-hoang-gia-la-nu-doanh-nhan-doan-bach-phung-day-ban-linh-c290a541428.html; https://afamily.vn/hai-thap-ky-xay-dung-va-phat-trien-hoang-gia-pearl-cua-doanh-nhan-doan-bach-phung-20221219215500051.chn?fbclid=IwY2xjawMzn5ljkHRuA2FbQEvMABicmikETEyZWdpN3RNNEVTMVdmzGY2AR4hx6-yEZNa-dUBZ8SqvK-9Vc6d1b47xyRT56875c4SvlvstddVWM8RSFCIsg_aem_FEN2VUYo-dAa8JnFl5vupg; https://ngoisaodoanhnhan.vn/chuyen-gia-tam-ly-thi-mai-lan-dan-chia-se-ve-can-chuyen-khien-minh-day-dut/?fbclid=IwY2xjawMzos8leHRuA2FbQhMABlemtkETEyZWdpN3RNNEVTMVdmatGY2AR6cgZjgZXlqRX8nQ-H3rQQKFfTcB2-wMnnmSBdj6nzLBq4Xa_9UWyvcOUAJkow_aem_co6QyVFPGcAB-UFbHtlFQ

His involvement categorizes him as an "accessory to defamation," as he significantly contributed to the spread of a false and damaging narrative. By volunteering to be an ad hoc cameraman, he played a critical role in delivering misleading statements and images featured in a video narrated by Le and authorized by Vu, which ultimately tarnished Plaintiff's reputation. He came to Harris County not as a camera operator by profession but as someone on a mission to benefit the Williamses and their own business.  Likewise, Phung Bach Doan is a co-founder of both Royal Pearl and HGP. It is important to note that she bears legal responsibility for the defamation actions initiated by her fellow co-founder, Ho, in Texas.

As representatives of their respective companies—ATUTA d/b/a Pho Bolsa TV & Royal Pearl, and the internationally recognized HOÀNG GIA PEARL DONG THAP COMPANY LIMITED or Premierline—Vu, Ho and Le clearly placed high significance to the hearing in Houston because that venue would maximally harm Plaintiff's reputation and would bring shame to Plaintiff's wife and children in the eyes of their fellow community members in Harris County.

22.     Plaintiff is not a public figure or even a limited-purpose public figure in the matter for which Defendants defamed Plaintiff. The matter here is not the lawsuit that Williams brought against Plaintiff. The issue here is whether the ***Plaintiff is a person with a criminal record who committed contempt of court, or whether the alleged act constitutes a criminal offense***. This has never been a matter of public controversy.  There is no specific public controversy for Plaintiff to thrust himself to the forefront to influence its resolution. The only course that Plaintiff can take to resolve Defendants' false allegation that Plaintiff is someone with a criminal record who just committed *yet* another criminal offense is through this lawsuit.

23.     Plaintiff hereby incorporates all prior allegations by reference.

24.     All the alleged defamatory statements are false.

25.     The statements were defamatory per se because they unambiguously charge Plaintiff with a

crime, dishonesty, fraud, rascality, unchastity of a woman, and general depravity.

26.    These statements have damaged Plaintiff, as the false statements have caused severe damage to his reputation in his community and caused severe mental anguish to Plaintiff.

27.    Damages are presumed.

### F.    *Common Law Defamation*

28.    Plaintiff hereby incorporates all prior allegations by reference.

29.    These statements involved a private matter as Plaintiff is not a public figure and is not involved in any public controversy in connection with his personal life, profession, trade, or business. Although Gerard R. Williams III is a public figure, by virtue of being a nominal defendant in that suit, Plaintiff is not a public figure.

30.    These statements referred to Plaintiff by name.

31.    These statements were false.

32.    Defendants acted with actual malice or were at least negligent when they made these statements.

33.    Defendants acted with reckless disregard for the truth or falsity of the statements made.

34.    The statements were defamatory because they unambiguously or through implication conveyed the idea or was reasonably understood by readers that Plaintiff is a pedophile and a criminal.

35.    These statements are false.

36.    These statements have damaged Plaintiff, causing severe damage to his reputation in the community, social relationships, and safety.   Further, these statements have caused Plaintiff severe emotional distress.

### G.    *Exemplary Damages*

37.    Defendants made these false allegations with actual malice.

38.     Defendants acted with reckless disregard for the truth or falsity of the statements made.

39.     Plaintiff seeks the imposition of exemplary damages.

   *H.     Jury Demand*

40.     Plaintiff hereby demands a trial by jury and tenders the jury fee with this pleading.

41.     Accordingly, the plaintiff is entitled to a money judgment against defendants in an amount to be determined at trial, but not less than $100,000,000, including compensatory, consequential, and punitive damages.

   **WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that upon final hearing, the Court award Plaintiff damages and exemplary damages, and award Plaintiff all other relief to which he is justly entitled, at law or at equity.  Furthermore, the Plaintiff hereby requests that the Court grant the following relief:

1.  On the Cause of Action, a money judgment in favor of the plaintiff against defendants, the specific amount of which is to be determined at trial, but not less than $100,000,000, plus pre-judgment interest;

2.  An award of the plaintiff's costs, expenses, and reasonable attorneys' fees incurred in connection with this action;

3.  Any other and further relief as the Court deems just and proper.

Respectfully submitted,

LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave.
Bryan, TX 77803
(979) 583-9200 – Telephone
(979) 314-9533 – Telecopier
bt@brianturnerlaw.com

By:   /s/  Brian Turner
Brian Turner
State Bar No. 20310450

# EXHIBIT – A

| | |
|---|---|
| 1. | https://www.youtube.com/watch?v=kA0VYyW_8J0 |
| 2. | https://www.youtube.com/watch?v=7KYE_L5Eisk |
| 3. | https://www.youtube.com/watch?v=vgLQcepER90 |
| 4. | https://www.youtube.com/watch?v=Rttb_Pq8h3A |
| 5. | https://www.youtube.com/watch?v=TVR63fIMUqM |
| 6. | https://www.youtube.com/watch?v=pN48Z5himl0 |
| 7. | https://www.youtube.com/watch?v=w87EHU0QSSs |
| 8. | https://www.youtube.com/watch?v=4ZUXfYugBoY |
| 9. | https://www.youtube.com/watch?v=IVk_9LpdfgM |
| 10. | https://www.youtube.com/watch?v=5iOS4sellRI |
| 11. | https://www.youtube.com/watch?v=Az4TbRPEbi8 |
| 12. | https://www.youtube.com/watch?v=ahg11-NVaiw |
| 13. | https://www.youtube.com/watch?v=dn2SCc5KimQ |
| 14. | https://www.youtube.com/watch?v=3AiyNiH2yeg |
| 15. | https://www.youtube.com/watch?v=SJL9t4UIviw |
| 16. | https://www.youtube.com/watch?v=E4rsLSrOMeE |
| 17. | https://www.youtube.com/watch?v=N4d_5RC3c58 |
| 18. | https://www.youtube.com/watch?v=Iq6vvlktYPo |
| 19. | https://www.youtube.com/watch?v=bhpNQVj8wlA |
| 20. | https://www.youtube.com/watch?v=jNoPtizZF9I |
| 21. | https://www.youtube.com/shorts/n3pw_cBd8SI |
| 22. | https://www.youtube.com/shorts/3ESzdav2mcs |
| 23. | https://www.youtube.com/shorts/vv3-CI-3aeo |
| 24. | https://www.youtube.com/watch?v=vwfNFDXgKrE |
| 25. | https://www.youtube.com/watch?v=jfNEc3C_sGw |
| 26. | https://www.youtube.com/watch?v=fsfb20gXMqA |
| 27. | https://www.youtube.com/watch?v=DZ0RILsSmz0 |
| 28. | https://www.youtube.com/shorts/IOFVm7O8SNc |
| 29. | https://www.youtube.com/shorts/XkC9Wbt2qmw |
| 30. | https://www.youtube.com/shorts/XaszQXYmJFc |
| 31. | https://www.youtube.com/shorts/zqrFiSnEAXQ |
| 32. | https://www.youtube.com/shorts/q9w-6CenFoY |
| 33. | https://www.youtube.com/shorts/-pFfUbBReDg |
| 34. | https://www.youtube.com/shorts/3lOBixxWdto |
| 35. | https://www.youtube.com/watch?v=tF7Mxuh7MZc |
| 36. | https://www.youtube.com/watch?v=QfFXwWugldo |
| 37. | https://www.youtube.com/watch?v=RVs8eAzTAfY |
| 38. | https://www.youtube.com/shorts/za9s_QupLdA |
| 39. | https://www.youtube.com/shorts/Eh7rIO5ni6w |
| 40. | https://www.youtube.com/shorts/0m-S5msy7JA |
| 41. | https://www.youtube.com/shorts/UbsmrRBsxwQ |
| 42. | https://www.youtube.com/watch?v=Ii5lDwEEjtE |

| 43. https://www.youtube.com/watch?v=zN4uwRPFYFw |
| 44. https://www.youtube.com/watch?v=AI2BpNhNXsk |
| 45. https://www.youtube.com/watch?v=eKqQZP2A9yI |
| 46. https://www.youtube.com/watch?v=dezFk1gSBDE |
| 47. https://www.youtube.com/watch?v=8lcnOzwBkIM |
| 48. https://www.youtube.com/watch?v=WWR0ak1LU58 |
| 49. https://www.youtube.com/watch?v=XE1IyA6sI-I |
| 50. https://www.youtube.com/watch?v=XTMK5vYcchs |
| 51. https://www.youtube.com/watch?v=ucduhKNy9Dg |
| 52. https://www.youtube.com/watch?v=BLAoV0lUbPM |
| 53. https://www.youtube.com/watch?v=avQmTCdBWTQ |
| 54. https://www.youtube.com/watch?v=DIiMAzYVq5o |
| 55. https://www.youtube.com/watch?v=-N4cGq4bxns |
| 56. https://www.youtube.com/shorts/fresFGGJV9k |
| 57. https://www.youtube.com/shorts/3vOs4pCK69M |
| 58. https://www.youtube.com/shorts/UTucFJxEJKM |
| 59. https://www.youtube.com/shorts/kL0CnquafCU |
| 60. https://www.youtube.com/shorts/6YKm1EKWVho |
| 61. https://www.youtube.com/shorts/sozJbgUW6w8 |
| 62. https://www.youtube.com/shorts/2olRDCeraTs |
| 63. https://www.youtube.com/shorts/6HBkRiXiBDM |
| 64. https://www.youtube.com/watch?v=VbkPg-18OKo |
| 65. https://www.youtube.com/watch?v=tKowhvH3pck |
| 66. https://www.youtube.com/watch?v=cij-Efi6m1k |
| 67. https://www.youtube.com/watch?v=ZjSYTIHCYDU |
| 68. https://www.youtube.com/watch?v=rabJMRmRTKA |
| 69. https://www.youtube.com/watch?v=HbUXJWzg0DE |
| 70. https://www.youtube.com/watch?v=8OTuUL-9XGE |
| 71. https://www.youtube.com/watch?v=z0BffBtC_1Q |
| 72. https://www.youtube.com/watch?v=k_95Vo-Wc5o |
| 73. https://www.youtube.com/watch?v=psuuHuDKbD0 |
| 74. https://www.youtube.com/watch?v=XJmym1ViZl0 |
| 75. https://www.youtube.com/watch?v=_4fIIAsDEns |
| 76. https://www.youtube.com/watch?v=IMj0AA-Ok8k |
| 77. https://www.youtube.com/watch?v=npdIuNNX3iU |
| 78. https://www.youtube.com/shorts/bAFL4FqWOrA |
| 79. https://www.youtube.com/shorts/KE3vZOGC0DQ |
| 80. https://www.youtube.com/shorts/FkjIB1u3bG4 |
| 81. https://www.youtube.com/shorts/NDkMANmh_yQ |
| 82. https://www.youtube.com/watch?v=lgxQNIzAz7U |
| 83. https://www.youtube.com/watch?v=qJ6hvl06MCQ |
| 84. https://www.youtube.com/watch?v=1F5pR30KiR0 |

| | |
|---|---|
| 85. | https://www.youtube.com/watch?v=8tkQP3NqtH0 |
| 86. | https://www.youtube.com/watch?v=a3-v4GOXVHY |
| 87. | https://www.youtube.com/watch?v=8I4Y4Rx_ou8 |
| 88. | https://www.youtube.com/watch?v=gIIgXPvlvBY |
| 89. | https://www.youtube.com/watch?v=ltnQi_GfkUQ |
| 90. | https://www.youtube.com/watch?v=Eew7dkErrmM |
| 91. | https://www.youtube.com/watch?v=FIwvPo0Yrmg |
| 92. | https://www.youtube.com/watch?v=uTrceurWn1M |
| 93. | https://www.youtube.com/watch?v=QNIBlcoRCRc |
| 94. | https://www.youtube.com/watch?v=IvRKLdrohWA |
| 95. | https://www.youtube.com/watch?v=FXUzMpGJnKY |
| 96. | https://www.youtube.com/watch?v=61Ji5VzVbu0 |
| 97. | https://www.youtube.com/watch?v=F0eILJsbpzc |
| 98. | https://www.youtube.com/shorts/CP-OgGdDx1g |
| 99. | https://www.youtube.com/watch?v=9XMwpBhSTAM |
| 100. | https://www.youtube.com/watch?v=HWsOsWn9JTU |
| 101. | https://www.youtube.com/watch?v=UulmEtjGRTI |
| 102. | https://www.youtube.com/watch?v=ZfaptWKmFw8 |
| 103. | https://www.youtube.com/watch?v=rT8vfnABKC4 |
| 104. | https://www.youtube.com/shorts/AGtYfhESbA4 |
| 105. | https://www.youtube.com/shorts/zfuBPXjAvGk |
| 106. | https://www.youtube.com/shorts/N7C5j_IMSyU |
| 107. | https://www.youtube.com/shorts/c9PTkPBhzf8 |
| 108. | https://www.youtube.com/watch?v=7Lo67zX6HdE |
| 109. | https://www.youtube.com/watch?v=dKIcy1GvJmM |
| 110. | https://www.youtube.com/watch?v=6eJ-UL3ErlA |
| 111. | https://www.youtube.com/watch?v=_aI7ASuVEKg |
| 112. | https://www.youtube.com/watch?v=o1WxyPi_ptE |
| 113. | https://www.youtube.com/watch?v=Ru2OllBkegs |
| 114. | https://www.youtube.com/watch?v=omzfKtl3ZW4 |
| 115. | https://www.youtube.com/watch?v=ibulh90g8yg |
| 116. | https://www.youtube.com/watch?v=0eBZ2mSZbIs |
| 117. | https://www.youtube.com/watch?v=Gn6wTeQnrlI |
| 118. | https://www.youtube.com/watch?v=GC3cw4AEmUs |
| 119. | https://www.youtube.com/watch?v=D1AW654pvyI |
| 120. | https://www.youtube.com/watch?v=u1Awgt31uW0 |
| 121. | https://www.youtube.com/watch?v=7zRrP3ouNog |
| 122. | https://www.youtube.com/watch?v=QqbgiM8mKyc |
| 123. | https://www.youtube.com/watch?v=67K1d5eiaYw |
| 124. | https://www.youtube.com/watch?v=LqjGhTt4qYk |
| 125. | https://www.youtube.com/watch?v=YGV2PkIFkwY |
| 126. | https://www.youtube.com/watch?v=ure-vFcaToQ |

| 127. | https://www.youtube.com/watch?v=SDNrQxhkqus |
| 128. | https://www.youtube.com/watch?v=kMP1HYiYz9M |
| 129. | https://www.youtube.com/watch?v=Ez1xX2mVAq4 |
| 130. | https://www.youtube.com/watch?v=C5yPqcOYJ9I |
| 131. | https://www.youtube.com/watch?v=U5ZQmTPZi-Y |
| 132. | https://www.youtube.com/watch?v=W_H89Xic35c |
| 133. | https://www.youtube.com/watch?v=B0WvR5HwZWQ |
| 134. | https://www.youtube.com/watch?v=_SSKD8phPDw |
| 135. | https://www.youtube.com/watch?v=SQpsGl7hvDc |
| 136. | https://www.youtube.com/watch?v=DqAnTaplGwY |
| 137. | https://www.youtube.com/watch?v=ojULPHYd_lI |
| 138. | https://www.youtube.com/watch?v=9in1FTk6dfw |
| 139. | https://www.youtube.com/watch?v=5_jo6UQM8Ys |
| 140. | https://www.youtube.com/watch?v=LXs_sHPHvH4 |
| 141. | https://www.youtube.com/watch?v=KfKP13O7s8Q |
| 142. | https://www.youtube.com/watch?v=7tFq4_-q4Xc |
| 143. | https://www.youtube.com/watch?v=U8njfmXZlDY |
| 144. | https://www.youtube.com/watch?v=hfjCz_kRZD8 |
| 145. | https://www.youtube.com/watch?v=Yo0QChwXN-k |
| 146. | https://www.youtube.com/watch?v=PjhbILUvqDo |
| 147. | https://www.youtube.com/watch?v=6RdfINs5IWo |
| 148. | https://www.youtube.com/watch?v=y-bbAiSp4W4 |
| 149. | https://www.youtube.com/watch?v=XlTNYWhUB9M |
| 150. | https://www.youtube.com/watch?v=DHGWbINSESw |
| 151. | https://www.youtube.com/watch?v=_HBrj_cPXKU |
| 152. | https://www.youtube.com/watch?v=sTYr7c0Ce6c |
| 153. | https://www.youtube.com/watch?v=nk_jdDJkMqk |
| 154. | https://www.youtube.com/watch?v=UtMQ14DdjyE |
| 155. | https://www.youtube.com/watch?v=QGYabzzHxOc |
| 156. | https://www.youtube.com/watch?v=sAFejZVrOec |
| 157. | https://www.youtube.com/watch?v=KRQEdxQHorM |
| 158. | https://www.youtube.com/watch?v=qCXtdoJU_RU |
| 159. | https://www.youtube.com/watch?v=A4zPqD6Vv9U |
| 160. | https://www.youtube.com/watch?v=OefBbjRqhqs |
| 161. | https://www.youtube.com/watch?v=Zi_Lha0Oufw |
| 162. | https://www.youtube.com/watch?v=MhleGsLpU5Q |
| 163. | https://www.youtube.com/watch?v=tkGTg1nWP0M |
| 164. | https://www.youtube.com/watch?v=xNb8AF0nKXQ |
| 165. | https://www.youtube.com/watch?v=pKKhv3XUYzc |
| 166. | https://www.youtube.com/watch?v=O3tf-XDpTMw |
| 167. | https://www.youtube.com/watch?v=HgbW2ppKyIA |
| 168. | https://www.youtube.com/watch?v=JaZcdBVmiYo |

| 169. | https://www.youtube.com/watch?v=65FDPXxZJKM |
|------|---------------------------------------------|
| 170. | https://www.youtube.com/watch?v=_rAcuFRLFOU |
| 171. | https://www.youtube.com/watch?v=KsCL9ARS7ks |
| 172. | https://www.youtube.com/watch?v=nqHozoutIC0 |
| 173. | https://www.youtube.com/watch?v=6HbySeZlPqc |
| 174. | https://www.youtube.com/watch?v=2e6gLUUt1I0 |
| 175. | https://www.youtube.com/watch?v=0q-0a43UaD4 |
| 176. | https://www.youtube.com/watch?v=F79gcmq_6jo |
| 177. | https://www.youtube.com/watch?v=_6kf4y2ttWA |
| 178. | https://www.youtube.com/watch?v=PV0N-gVq5ao |
| 179. | https://www.youtube.com/watch?v=QVxmWMz1c_Q |
| 180. | https://www.youtube.com/watch?v=xEKwIkeHN3M |
| 181. | https://www.youtube.com/watch?v=-_1qIgRyQ6s |
| 182. | https://www.youtube.com/watch?v=c9gwR0Tjmco |
| 183. | https://www.youtube.com/watch?v=B6hyI3LXCUw |
| 184. | https://www.youtube.com/watch?v=e8iTJio6whE |
| 185. | https://www.youtube.com/watch?v=kwAHzYHnwKk |
| 186. | https://www.youtube.com/watch?v=cCz4GykiNIg |
| 187. | https://www.youtube.com/watch?v=USdkIzLNDK8 |
| 188. | https://www.youtube.com/watch?v=CaRI0X3EZe4 |
| 189. | https://www.youtube.com/watch?v=q1NdLQxou5Q |
| 190. | https://www.youtube.com/watch?v=Q9DDYMNqGvw |
| 191. | https://www.youtube.com/watch?v=3NikZSd2YkU |
| 192. | https://www.youtube.com/watch?v=TLi6aWBCge0 |
| 193. | https://www.youtube.com/watch?v=zCIYezSBiYA |
| 194. | https://www.youtube.com/watch?v=8eY_HgJNDAU |
| 195. | https://www.youtube.com/watch?v=EwP1JFcKd8s |
| 196. | https://www.youtube.com/watch?v=jWx-FKe-DWQ |
| 197. | https://www.youtube.com/watch?v=mbHzI4tlUAM |
| 198. | https://www.youtube.com/watch?v=Zfl9xFrv12I |
| 199. | https://www.youtube.com/watch?v=tKdpoCg7IcE |
| 200. | https://www.youtube.com/watch?v=XBqi-WuvdlU |
| 201. | https://www.youtube.com/watch?v=SGZg255YX6g |
| 202. | https://www.youtube.com/watch?v=iIWv6qAlg2o |
| 203. | https://www.youtube.com/watch?v=N1ZXq33x0eg |
| 204. | https://www.youtube.com/watch?v=tFuAQXE7QOw |
| 205. | https://www.youtube.com/watch?v=LwblQnjjFVU |
| 206. | https://www.youtube.com/watch?v=zeci8MsWXcE |
| 207. | https://www.youtube.com/watch?v=f9-FVp60c44 |
| 208. | https://www.youtube.com/watch?v=MPD76Vx1quo |
| 209. | https://www.youtube.com/watch?v=BtIaXLrbuMg |
| 210. | https://www.youtube.com/watch?v=JNkkIvsrfAo |

| 211. | https://www.youtube.com/watch?v=V6-I6KH8Pmk |
| 212. | https://www.youtube.com/watch?v=BcWrwZNYL5Y |
| 213. | https://www.youtube.com/watch?v=rvLpkSLfqvs |
| 214. | https://www.youtube.com/watch?v=hwQ9k14je_c |
| 215. | https://www.youtube.com/watch?v=Uvye55AHZsM |
| 216. | https://www.youtube.com/watch?v=CSRd76EEow0 |
| 217. | https://www.youtube.com/watch?v=qR6jtndXaxw |
| 218. | https://www.youtube.com/watch?v=H73Y3sHpPNI |
| 219. | https://www.youtube.com/watch?v=yfrbDo3XK2w |
| 220. | https://www.youtube.com/watch?v=iiDYD_d90DQ |
| 221. | https://www.youtube.com/watch?v=RoOrVqu0Xt8 |
| 222. | https://www.youtube.com/watch?v=0HpPtfdM5bQ |
| 223. | https://www.youtube.com/watch?v=kvL3varmLGw |
| 224. | https://www.youtube.com/watch?v=IEUXeK-fxTQ |
| 225. | https://www.youtube.com/watch?v=iRNCAhZ5hug |
| 226. | https://www.youtube.com/watch?v=VcKrLkRGJjM |
| 227. | https://www.youtube.com/watch?v=hZzyF3dTZlw |
| 228. | https://www.youtube.com/watch?v=LEkGVjrpQ_0 |
| 229. | https://www.youtube.com/watch?v=Ceq1QvXiLLE |
| 230. | https://www.youtube.com/watch?v=yaLhFse4TNs |
| 231. | https://www.youtube.com/watch?v=zgnce7EWoag |
| 232. | https://www.youtube.com/watch?v=zbykunVZYEE |
| 233. | https://www.youtube.com/watch?v=JAWAuSRH7pM |
| 234. | https://www.youtube.com/watch?v=2PeyHGgu_KU |
| 235. | https://www.youtube.com/watch?v=CouXZy8Z5Pw |
| 236. | https://www.youtube.com/watch?v=elq0nhSgnpY |
| 237. | https://www.youtube.com/watch?v=b5mfTxDKfiM |
| 238. | https://www.youtube.com/watch?v=R8kaffdIbUc |
| 239. | https://www.youtube.com/watch?v=epynIS95EMA |
| 240. | https://www.youtube.com/watch?v=DmN9AymYrB8 |
| 241. | https://www.youtube.com/watch?v=L6b8xevq39M |
| 242. | https://www.youtube.com/watch?v=v59n9Bv9uJ0 |
| 243. | https://www.youtube.com/watch?v=uYOJcH92SpI |
| 244. | https://www.youtube.com/watch?v=yzMOmfDXLms |
| 245. | https://www.youtube.com/watch?v=2rkFaC1qp7g |
| 246. | https://www.youtube.com/watch?v=T0BuF-Sz76Q |
| 247. | https://www.youtube.com/watch?v=VTRROvgETKE |
| 248. | https://www.youtube.com/watch?v=WpqpeNvDTaI |
| 249. | https://www.youtube.com/watch?v=GC3cw4AEmUs |
| 250. | https://www.youtube.com/watch?v=WYR6-T6n9xA |
| 251. | https://www.youtube.com/watch?v=-_1qIgRvQ6s |
| 252. | https://www.youtube.com/watch?v=EiVIxvKsKPM |
| 253. | https://www.youtube.com/watch?v=GDmr0MbyiDg |

| 254. | https://www.youtube.com/watch?v=N1m_K15upgw |
| 255. | https://www.youtube.com/watch?v=3KIAWFbhZNU |
| 256. | https://www.youtube.com/watch?v=RLPPNvpQXj4 |
| 257. | https://www.youtube.com/watch?v=xmxZMX0Pvfl |
| 258. | https://www.youtube.com/watch?v=-AjWh7RA00w |
| 259. | https://www.youtube.com/watch?v=m-Y2ANFBSJo |
| 260. | https://www.youtube.com/watch?v=li3WKYbSml0 |
| 261. | https://www.youtube.com/watch?v=2CbXzSmezF0 |
| 262. | https://www.youtube.com/watch?v=_u5VoQVtc7U |
| 263. | https://www.youtube.com/watch?v=dnC1aIAQnnw |

| 1. | https://nld.com.vn/dien-bien-moi-vu-kien-giua-ca-si-dam-vinh-hung-va-ti-phu-cong-nghe-my-196241229194 6063.htm |
| 2. | https://nld.com.vn/ca-si-dam-vinh-hung-nhan-gi-cho-ti-phu-my-196241223110739338.htm |
| 3. | https://nld.com.vn/dam-vinh-hung-len-tieng-ve-dien-bien-moi-lien-quan-vu-kien-196241226134654506.htm |
| 4. | https://nld.com.vn/ti-phu-my-bo-sung-don-kien-hoi-to-tiet-lo-tin-nhan-cua-ca-si-dam-vinh-hung-196241221144717562.htm |
| 5. | https://nld.com.vn/vi-sao-ca-si-dam-vinh-hung-khong-the-rut-don-kien-196241219104528596.htm |
| 6. | https://nld.com.vn/truoc-thong-tin-rut-don-kien-ca-si-dam-vinh-hung-len-tieng-196241204134016704.htm |
| 7. | https://nld.com.vn/ca-si-bich-tuyen-xac-nhan-dam-vinh-hung-rut-don-kien-196241204104325262.htm |
| 8. | https://laodong.vn/su-kien-binh-luan/vu-dam-vinh-hung-kien-ti-phu-gerard-tu-2-usd-den-trieu-usd-1449887.ldo |
| 9. | https://laodong.vn/giai-tri/ngay-toa-an-my-quyet-dinh-ve-don-kien-cua-dam-vinh-hung-1449215.ldo |
| 10. | https://laodong.vn/van-hoa-giai-tri/dam-vinh-hung-noi-gi-khi-chong-bich-tuyen-tu-choi-nhan-2-usd-1446630.ldo |
| 11. | https://vnexpress.net/dai-gia-my-kien-ca-si-dam-vinh-hung-doi-boi-thuong-2-usd-4830932.html |
| 12. | https://laodong.vn/giai-tri/bich-tuyen-neu-dam-vinh-hung-boi-thuong-tien-toi-se-lam-tu-thien-1449352.ldo |
| 13. | https://tuoitre.vn/ti-phu-gerard-williams-rut-don-kien-dam-vinh-hung-de-viet-don-kien-moi-20250107150419685.htm |
| 14. | https://tuoitre.vn/gia-dinh-gerard-williams-cho-biet-vu-kien-dam-vinh-hung-se-bang-phap-ly-khong-nhan-2-usd-nua-20250107080337702.htm |
| 15. | https://ngoisao.vnexpress.net/dai-gia-my-cong-khai-tin-nhan-dam-vinh-hung-xin-ho-tro-15-trieu-usd-4831124.html |
| 16. | https://ngoisao.vnexpress.net/dai-gia-my-bo-sung-hon-300-trang-vao-don-kien-dam-vinh-hung-4830455.html |

| | |
|---|---|
| 17. | https://www.24h.com.vn/giai-tri/dam-vinh-hung-bi-don-den-cung-doi-mat-voi-nguy-co-mat-hang-chuc-trieu-usd-trong-vu-kien-cua-ty-phu-my-c731a1632748.html |
| 18. | https://suckhoedoisong.vn/bi-ty-phu-cong-nghe-my-kien-tung-dam-vinh-hung-hien-tai-co-cuoc-song-ra-sao-169241227140300021.htm |
| 19. | https://vietnamnet.vn/ty-phu-my-thue-den-4-luat-su-kien-doi-dam-vinh-hung-1-usd-2349898.html |
| 20. | https://vietnamnet.vn/kien-chong-bich-tuyen-doi-50-trieu-usd-dam-vinh-hung-khong-lam-gi-vo-co-2356496.html |
| 21. | https://vietnamnet.vn/kien-chong-ca-si-bich-tuyen-dam-vinh-hung-duoc-an-ca-hay-nga-ve-khong-2355584.html |
| 22. | https://vietnamnet.vn/dam-vinh-hung-tiep-tuc-vu-kien-chong-bich-tuyen-2353937.html |
| 23. | https://vietnamnet.vn/lo-video-dam-vinh-hung-gap-tai-nan-khi-dien-tai-nha-vo-chong-ca-si-bich-tuyen-2345621.html |
| 24. | https://vietnamnet.vn/dam-vinh-hung-rut-don-kien-ty-phu-my-thu-nhan-nong-gian-quyet-dinh-sai-2348498.html |
| 25. | https://vietnamnet.vn/dam-vinh-hung-dau-don-vi-phai-giau-kin-tai-nan-o-my-voi-me-va-con-trai-2347064.html |
| 26. | https://laodong.vn/su-kien-binh-luan/dam-vinh-hung-duoi-ly-trong-vu-doi-danh-du-cua-ti-phu-my-1432414.ldo |
| 27. | https://baohaiduong.vn/kien-ty-phu-my-dam-vinh-hung-duoc-an-ca-hay-nga-ve-khong-401327.html |
| 28. | https://tcdulichtphcm.vn/giai-tri/dien-bien-moi-nhat-vu-kien-giua-dam-vinh-hung-va-ty-phu-my-bat-loi-ve-mr-dam-c3a89322.html |
| 29. | http://cafef.vn/dien-bien-moi-nhat-vu-ca-si-dam-vinh-hung-kien-ti-phu-my-188241218160510093.chn |
| 30. | https://tcdulichtphcm.vn/giai-tri/ca-si-dam-vinh-hung-viet-le-thu-dai-hon-1000-tu-giai-bay-giua-on-ao-vu-kien-tai-my-c3a86938.html |
| 31. | https://doisongphapluat.com.vn/dam-vinh-hung-noi-gi-sau-khi-ty-phu-my-bo-sung-hon-300-trang-trong-don-kien-cheo-a659210.html |
| 32. | https://tuoitre.vn/dam-vinh-hung-rut-don-kien-ti-phu-gerard-williams-vi-so-cong-khai-ho-so-thue-20241223150207637.htm |
| 33. | https://phunuphapluat.nguoiduatin.vn/ly-do-dam-vinh-hung-khoi-kien-1-ty-phu-my-doi-boi-thuong-hang-nghin-usd-a616225.html |
| 34. | https://thitruongtaichinh.kinhtedothi.vn/tai-chinh/dam-vinh-hung-rut-don-kien-ty-phu-boi-thuong-15-trieu-usd-131643.html |
| 35. | https://gocnhinphaply.nguoiduatin.vn/ca-si-dam-vinh-hung-kien-ty-phu-my-anh-anh-em-em-hoa-nguoi-dung-vi-15-trieu-usd-7644.html |
| 36. | https://danviet.vn/dam-vinh-hung-rut-don-kien-gerard-williams-bi-ty-phu-kien-lai-20241204112306417.htm |
| 37. | https://gocnhinphaply.nguoiduatin.vn/dam-vinh-hung-bi-don-den-cung-doi-mat-nguy-co-mat-hang-chuc-trieu-usd-9060.html |

| | |
|---|---|
| 38. | https://laodong.vn/su-kien-binh-luan/ti-phu-gerard-lat-tay-dam-vinh-hung-tan-phe-van-di-27-show-1438988.ldo |
| 39. | https://tuoitre.vn/dam-vinh-hung-kien-gerard-williams-doi-boi-thuong-co-vo-ly-20241122100923322.htm |
| 40. | https://doisongphapluat.com.vn/dam-vinh-hung-rut-don-kien-ty-phu-my-pha-quay-xe-muon-mang-cua-ong-hoang-nhac-viet-a656525.html |
| 41. | https://gocnhinphaply.nguoiduatin.vn/tiet-lo-cua-bau-so-dung-taylor-ve-vu-dam-vinh-hung-kien-ty-phu-my-mot-con-so-boi-thuong-moi-gay-choang-7677.html |
| 42. | https://www.vietnam.vn/dam-vinh-hung-het-co-hoi-xin-loi-ong-gerard-williams-khong-con-chuyen-boi- |

43. https://e.vnexpress.net/news/life/celebrities/us-businessman-sues-vietnamese-king-of-bolero-dam-vinh-hungfor-damaging-his-property-demands-2-compensation-4831526.html
44. https://www.vietnam.vn/en/ty-phu-gerard-williams-tha-thu-cho-dam-vinh-hung-san-sang-hat-chung/
https://e.vnexpress.net/news/life/celebrities/american-businessman-and-singer-wife-decline-negotiation-inlawsuit-
46. by-vietnamese-king-of-bolero-over-party-injury-4818959.html
47. https://news.laodong.vn/su-kien-binh-luan/ti-phu-gerard-lat-tay-dam-vinh-hung-tan-phe-van-di-27-show-
48. 1438988.ldo
49. https://www.vietnam.vn/en/dam-vinh-hung-het-co-hoi-xin-loi-ong-gerard-williams-khong-con-chuyen-boithuong-1-usd/
https://news.laodong.vn/van-hoa-giai-tri/chong-bich-tuyen-kien-dam-vinh-hung-doi-danh-du-va-1-usd-
51. 1430374.ldo
https://thoibao.de/blog/2024/12/07/singer-dam-vinh-hung-in-difficult-situation-after-filing-suit-againstamerican-
53. Billionaire
54. https://www.voatiengviet.com/a/kien-nguoc-dam-vinh-hung-doanh-nhan-my-gerard-williams-doi-danh-ca-vietxin-loi-cong-khai/7899882.html
https://thanhnien.vn/dai-gia-cong-nghe-gerard-williams-ca-si-bich-tuyen-dam-vinh-hung-doi-15-trieu-usdtruoc-
56. khi-khoi-kien-185241119214849947.htm

EXHIBIT – B

1242113

Harris County - County Civil Court at Law No. 1

1/16/2025 10:46 AM
Teneshia Hudspeth
County Clerk
Harris County

### CAUSE NO. 1242113

| | | |
|---|---|---|
| GERARD RICHARD WILLIAMS III | § | IN THE COUNTY CIVIL COURT |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | AT LAW NO. 1 |
| | § | |
| DAI DUONG PHAM (A/K/A DEREK PHAM) | § | |
| THU THUONG DOAN, and NHU TA, | § | |
| *Defendants.* | § | HARRIS COUNTY, TEXAS |



as to Defendants TU NGUYEN(aka
TEMPORARY INJUNCTIONTHANH TU NGUYEN) and NHU TA.

On this day, the Court heard the application for a temporary injunction submitted by
Plaintiff GERARD RICHARD WILLIAMS, III ("Plaintiff") against Defendants DAI DUONG

PHAM (A/K/A DEREK PHAM), THU THUONG DOAN, TU NGUYEN (A/K/A THANH TU

NGUYEN), and NHU TA. Having considered Plaintiff's Amended Petition and Applications for

**Defendants TU NGUYEN AND NHU TA did not appear, despite receiving proper notice.**
Temporary Inj~~~~and Permanent Injunction, the verification thereof, the evidence presented

in court, and the arguments of counsel, the Court finds as follows:

The Court finds that Plaintiff has demonstrated:

    ◊  **Probable irreparable injury** for which there is no adequate remedy at law.

    ◊  **A likelihood of success on the merits** of his claims for internet defamation, civil

        harassment, and invasion of privacy.

    ◊  A material risk of physical harm unless Defendants are immediately restrained.

Furthermore, the Court finds that:

    ◊  Defendants' actions, if unrestrained, will continue to interfere with Plaintiff's rights

        and damage his personal and business reputation.

1

- ○ This interference will cause imminent and irreparable harm to Plaintiff's business and personal well-being, including incalculable damage, for which no adequate remedy at law exists.

- ○ Plaintiff has sought relief expeditiously and has provided, or attempted to provide, reasonable notice to Defendants under the circumstances.

- ○ Immediate and irreparable harm will occur unless Defendants are restrained without delay.

- ○ The balance of equities between Plaintiff and Defendants favors the issuance of injunctive relief, as it protects Plaintiff's physical safety and personal and business reputation.

**Temporary Injunction Necessary to Preserve the Status Quo**

The Court finds that a temporary injunction is necessary to maintain the status quo between the parties pending a trial on the merits.

**IT IS THEREFORE ORDERED that:**

**Defendants TU NGUYEN AND NHU TA shall refrain from making future comments (oral or written) on**
1. ~~Defendants are required to delete~~ all YouTube livestreams, Facebook posts, or other social media content mentioning and/or defaming Gerard Richard Williams III and his family members.

**Defendants TU NGUYEN AND NHU TA shall refrain from making future comments (oral or written) on**
2. ~~Defendants are required to delete~~ all YouTube livestreams, Facebook posts, or other social media content encouraging violence or murder against Plaintiff, his wife Tuyen Nguyen Williams, or his family.

**Defendants TU NGUYEN AND NHU TA shall refrain from making futue comments (oral or written) on**
3. Defendants are required to delete all YouTube livestreams, Facebook posts, or other social media content alleging that Plaintiff:

- ○ Is a "dishonest, stingy, deceitful, inhuman, and cheating individual and husband."

- ○ Is "engaging in illegal activities by cheating the insurance carrier."

2

     ○  Is a "scammer and cruel."

     ○  Is a "stinky prostitute," a "hypocrite," or a "liar."

     ○  That Plaintiff and his wife are "Satans."

**IT IS FURTHER ORDERED that** this Temporary Injunction shall remain in effect pending a trial on the merits of this action.

The clerk of the above-entitled Court shall forthwith, on the filing by Plaintiff of the required bond, and on approving the same according to the law, issue a temporary injunction in conformity with the law and the terms of the order.

This Order shall not be effective unless and until Plaintiff executes and files with the clerk a bond, in conformity with the law, in the amount of $ **1000.00**.

SIGNED on the _____ day of **3/20/2025** 2025.

_____
JUDGE PRESIDING

FILED
03/20/2025 1:35:24 PM
Teneshia Hudspeth
County Clerk
Harris County, Texas
donna.brodell

EXHIBIT – C





"I urge everyone to examine the demand letter for 20 million dollars from DVH's representative lawyer. If the 20 million dollars is not settled immediately, this amount will escalate to 50 million dollars if it progresses to court."



"I urge everyone to examine the demand letter for 20 million dollars from DVH's representative lawyer. If the 20 million dollars is not settled immediately, this amount will escalate to 50 million dollars if it progresses to court.

If this amount is not paid immediately, it will escalate to $50 million once the case heads to court. (And just to clarify, that's not 50 million VND; it's in U.S. dollars! 💸)

All correspondence from DVH's lawyer has been directed to Gerard Williams. No one is slandering anyone, nor is any newspaper publishing false news, Mr. Nitwit King 🐒

So, please refrain from using lawyer Nguyen Thanh Kha to intimidate the media. It would be wise for lawyer Kha to improve his English us and truly understand the situation before attempting to intimidate the press. 🧐 This is getting exhausting... that's all there is to it." OK

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com



Sean Pausas, Esq.
Collin M. Jones, Esq.
Jon Teller, Esq.
Bowin Long, Esq.
Jae Kim, Esq.
Daniel Dehinmin, Esq.
Jennifer P. Barbee, Esq.
Mary Karcieo, Esq.

Stephanie Manega, Esq.
Thomas Roseber, Esq.
Gail Richardson, Esq.
Brooke Friesman, Esq.
Amelia Perry, Esq.
Hazel Chang, Esq.
Seelyer X. Shington, Esq.
Rene Henou, Esq.

**VIA PERSONAL DELIVERY**

October 9, 2024

Gerard Richard Williams III
4 Shoreview
Newport Coast, California 92657

RE:  **Our Client**          :    Hung Huynh
      **Defendant/Insured**  :    Gerard Richard Williams III
      **Date of Loss**       :    February 19, 2024

<u>LETTER TO FULLY SETTLE THE ENTIRE CASE<br>PLEASE FORWARD TO YOUR INSURANCE COMPANY</u>

Dear Mr. Williams & All Settlement Decision Makers:

We write to you to try and resolve this case now before ongoing litigation. Please accept this letter as our settlement demand to **fully resolve the case for $20 million.** If accepted, we will send a dismissal of the entire case as to all parties, all causes of action, and all insureds, in exchange for the settlement check. We will give you and the insurance company (if there is one) until **November 13, 2024,** to accept. If you do not accept on or before November 13, 2024, this settlement opportunity will be off the table.

**At trial we will be asking for over $50,000,000 for our client's damages.**

As you know, Mr. Huynh suffered severe life-altering injuries from this incident, including an **amputation of multiple toes.**

<u>**It will surely be reasonable, expected and no surprise at all when the judgement comes in well north of this $20 million settlement opportunity.**</u>

**In the couple years alone, we have done trials on very similar cases with results of $80million+, $18million+, $11million+ and $5.2million+. This case will likely result in a similar multi-million judgement.**

Our settlement demand deadline is time sensitive; time is of the essence. We advise you to confront any potential issues as soon as they arise to alleviate them prior to the expiration of this settlement opportunity. Waiting until the last day of expiration of this demand to ask for additional information or suggest you need more time is not acceptable. If there are any questions, please contact us this week or next week so we can clear everything up for you.







# EXHIBIT – D

Electronically Filed by Superior Court of California, County of Orange, 12/09/2024 08:51:00 AM.
30-2024-01443938-CU-PO-CJC - ROA # 12 - DAVID H. YAMASAKI, Clerk of the Court By M. Johnson, Deputy Clerk.

1  **PAUL N. PHILIPS, ESQ.,** SBN 187928
   LAW OFFICES OF PAUL N. PHILIPS, APLC
2  9440 Santa Monica Boulevard, Suite 301
   Beverly Hills, California 90210
3  Telephone: 323-813-1126
   Email: pnp@pnplegal.com
4
   **LLOYD E. KELLEY, ESQ.**
5  Texas State Bar No. 11203180
   2726 Bissonnet Ste 240 PMB 12
6  Houston, Texas 77005
   Telephone: 281-492-7766
7  Telecopier: 281-652-5973
   Email: kelley@lloydkelley.com
8  *Pro hac vice* pending

9  **CACTUS JACK CAGLE, ESQ.**
   CAGLE & ASSOCIATES
10 Attorney, Mediator, Arbitrator, Former Judge
   Texas State Bar No. 03591850
11 The Texas Justice Center
   4900 Fournace Place, #200
12 Bellaire, Texas 77401
   Email: jack@judgecagle.com
13 Telephone: 713-927-0720
   *Pro hac vice* pending

14 **MINH-TAM (TAMMY) TRAN, ESQ.**
   THE TAMMY TRAN LAW FIRM
15 Texas Bar No. 20186400
   4900 Fournace Place, Suite 418
16 Bellaire, Texas 77401
   Telephone: (832) 372-4403
17 Email: ttran@tt-lawfirm.com
   *Pro hac vice* pending

18        COUNSEL FOR PLAINTIFF GERARD WILLIAMS III

19        **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

20                  **COUNTY OF ORANGE**

21

22 GERARD RICHARD WILLIAMS, III, an        Case No.: 30-2024-01443938-CU-PO-CJC
   Individual,
23                                         **FIRST AMENDED COMPLAINT AND**
            Plaintiff,                     **DEMAND FOR TRIAL BY JURY**
24
   v.                                         1.  Negligence

18  million,[11] claiming permanent disability and inability to work for the rest of his life. On October 9,

19  2024, Dam Vinh Hung formally caused a demand letter for $20 million to be issued, with a threat to

20  increase it to $50 million, alleging permanent pain and disability, attempting to rob Gerard's hard

21

22  _____

23  [7] Ex. 14 to Ex. 16: True and correct copy of Dam Vinh Hung's February 22, 2024, Facebook page (Ex. 14) and video

24  with subtitles (Ex. 15 None and Ex. 16 English) posting by Dam Vinh Hung, which is incorporated into this Complaint
      and attached hereto.

25  [9] Due to an unauthorized stage outfit that he wore previously in a performance.

26  [10] Ex. 17 to Ex. 20: True and correct copy of Dam Vinh Hung's July 4, 2024, Facebook Messenger, demanding $15M,

27  which is incorporated into this Complaint and attached hereto.

28  [11] Ex. 21 to Ex. 24: True and correct copy of Dam Vinh Hung's July 22, 2024, Facebook Messenger, demanding $5M.
      which is incorporated into this Complaint and attached hereto.

- 7 -

FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY

1  work ethic and exploit his generosity, Dam Vinh Hung claimed and threatened in that demand as

2  follows:

3        Conclusion/Settle Offer

4        As discussed above, at trial we will be asking the jury to award [Dam
         Vinh Hung] north of $50,000,000 for past and future damages suffered.

5        It will be reasonable expected and not a surprise at all when the
         judgment is over this settlement opportunity of just $20 million.

6

7                                      *****

ATTORNEY: BakerHostetler LLP   (SBN 329557) Shaia A. Stambuk, Esq. (SBN 329248)   FOR COURT USE ONLY   CIV-110

STREET ADDRESS: 600 Anton Boulevard, Suite 900

CITY: Costa Mesa

TELEPHONE NO.: (714) 754-6600   STATE: CA   ZIP CODE: 92626

EMAIL ADDRESS: rmolina@bakerlaw.com / sstambuk@bakerlaw.com   FAX NO.: (714) 754-6611

ATTORNEY FOR (name): Plaintiff Gerard Richard Williams III

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

STREET ADDRESS: 700 W. Civic Center Dr.

MAILING ADDRESS: 700 W. Civic Center Dr.

CITY AND ZIP CODE: Santa Ana, 92701

BRANCH NAME: Central Justice Center

PLAINTIFF/PETITIONER: GERARD RICHARD WILLIAMS III

DEFENDANT/RESPONDENT: HUNG HUYNH

**REQUEST FOR DISMISSAL**

CASE NUMBER: 30-2024-0140398-CU-PO-CJC

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) ☐ With prejudice   (2) ☒ Without prejudice   (3) ☐ Without prejudice and with the court retaining jurisdiction (Code Civ. Proc., § 664.6)
   b. (1) ☐ Complaint   (2) ☐ Petition
      (3) ☐ Cross-complaint filed on (date):   by (name):
      (4) ☐ Cross-complaint filed on (date):   by (name):
      (5) ☒ Entire action of all parties and all causes of action
      (6) ☐ Other (specify):*

2. (Complete in all cases except family law cases.)
   The court ☐ did ☐ did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed.)

Date: January 6, 2025

Shaia A. Stambuk

(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)   (SIGNATURE)

Attorney or party without attorney for:
☒ Plaintiff/Petitioner ☐ Defendant/Respondent
☐ Cross Complainant

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

3. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)   (SIGNATURE)

Attorney or party without attorney for:
☐ Plaintiff/Petitioner ☐ Defendant/Respondent
☐ Cross Complainant

**If a cross-complaint — or Response (Family Law) seeking affirmative relief — is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).