CAUSE NO. 2025-77842

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN, | § § § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § § | |
| v. | § § | HARRIS COUNTY, TEXAS |
| ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL CO., and PHUNG BACH DOAN, | § § § § § § § § § | |
| *Defendants.* | § | 11TH JUDICIAL DISTRICT |

## DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF THIS COURT:

**COME NOW**, Defendants ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL CO., and PHUNG BACH DOAN (collectively, "Defendants"), and file this Original Answer and General Denial to Plaintiff NGUYEN THANH TU's Original Petition and would respectfully show the Court as follows:

### I. GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendants deny each and every allegation contained in Plaintiff's Original Petition, and they demand strict proof thereof by a preponderance of the evidence.

Defendants reserve the right to amend this Answer to assert additional affirmative defenses as they may become apparent through discovery.

1

**EXHIBIT C**

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Defendants respectfully pray that Plaintiff take nothing by his suit, that the Court dismiss Plaintiff's claims with prejudice, that Defendants be awarded their costs and reasonable attorney's fees, and for such other and further relief, both at law and in equity, to which Defendants may be justly entitled.

Dated: October 17, 2025                    Respectfully submitted,

*/s/ Gary M. Polland*
**Gary M. Polland**
State Bar No. 16095800
**POLLAND & ASSOCIATES, P.C.**
1533 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 621-6335
Email: : pollandlaw@yahoo.com

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

*/s/ Gary M. Polland*
**Gary M. Polland**