IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU<br>a/k/a TU NGUYEN,<br><br>*Plaintiff,*<br><br>v.<br><br>ATUTA, INC. d/b/a PHO BOLSA TV,<br>VU HOANG LAN, ANDREW LE TV,<br>AN THIEN LE aka ANDREW LE,<br>PREMIERLINE GROUP, LLC.,<br>TUAN THANH HO, HGP USA CORP.,<br>HOANG GIA PEARL CO., and<br>PHUNG BACH DOAN,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:25-CV-4982 |

**JOINT CONSENT OF ALL DEFENDANTS TO REMOVAL**

**TO THE HONORABLE JUDGE OF THIS COURT:**

COME NOW, Defendants ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HỌ, HGP USA CORP., HOANG GIA PEARL CO., and PHUNG BACH DOAN (collectively, "Defendants"), and file their Joint Consent to Removal, and would respectfully show the Court as follows:

Defendant **AN THIEN LE aka ANDREW LE** has filed a Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removing this action from the **11th Judicial District Court of Harris County, Texas**, Cause No. **2025-77842**, to this Honorable Court.

Each and every remaining Defendant hereby expressly consents to the removal

1

**EXHIBIT D**

of this action to the United States District Court for the Southern District of Texas, and joins in the Notice of Removal filed by **AN THIEN LE aka ANDREW LE**.

Defendants state that this consent is timely and made in accordance with 28 U.S.C. § 1446(b)(2)(A), which requires that "all defendants who have been properly joined and served must join in or consent to the removal of the action."

By filing this Joint Consent, Defendants do not waive any defenses, including but not limited to those under Federal Rules of Civil Procedure 12(b), challenges to personal jurisdiction, venue, service of process, or any other available defense or affirmative relief.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Court accept their written consent to removal, assume full jurisdiction over this matter, and grant Defendants all such other relief to which they may be entitled at law or in equity.

Dated: October 19, 2025                    Respectfully submitted,

*/s/ Gary M. Polland*
**Gary M. Polland**
State Bar No. 16095800
**POLLAND & ASSOCIATES, P.C.**
1533 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 621-6335
Email: pollandlaw@yahoo.com

**THE KELLEY LAW FIRM**
By: */s/ Lloyd E. Kelley*
**Lloyd E. Kelley**
Texas Bar No.1203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240

2

Houston, Texas 77005  
Tel:(281) 492-7766  
Fax:(281) 652-5973  

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2025, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner  
LAW OFFICE OF BRIAN TURNER  
308 N. Washington Ave. Bryan, TX 77803  
Email: bt@brianturnerlaw.com  

*/s/ Gary M. Polland*  
**Gary M. Polland**

APPROVED:

**ATUTA, INC. d/b/a PHO BOLSA TV**

By: _[signature]_
_LAN VU / OWNER_
Printed Name and Title

By: _[signature]_
**VU HOANG LAN**

**ANDREW LE TV**

By: _[signature]_
_An The for Andrew Le TV_
Printed Name and Title

By: _[signature]_
**AN THIEN LE aka ANDREW LE**

**PREMIERLINE GROUP, LLC.**

By: _[signature]_
_An T. Le for Premierline Grp LLC_
Printed Name and Title

By: _[signature]_
**TUAN THANH HO**

**HGP USA CORP.**

By: _[signature]_
_Thanh Tuan Ho / Owner_
Printed Name and Title

4

HOANG GIA PEARL CO.

By: _____

Thanh Tuan Ho / Consultant
Printed Name and Title

By: _____
PHUNG BACH DOAN

5