| HCDistrictclerk.com | NGUYEN, TU (AKA NGUYEN THANH TU OR NTT) vs. VU, LANG HOANG | 10/17/2025 |
|---|---|---|
| | Cause: 202577842  CDI: 7  Court: 011 | |

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## SERVICE
No Service found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | | | |
|---|---|---|---|
| **File Date** | 10/10/2025 | **Court** | 011th |
| **Case (Cause) Location** | | **Address** | 201 CAROLINE (Floor: 9) HOUSTON, TX 77002 Phone:8329272600 |
| **Case (Cause) Status** | Active - Civil | | |
| **Case (Cause) Type** | Defamation | **JudgeName** | KRISTEN BRAUCHLE HAWKINS |
| **Next/Last Setting Date** | N/A | **Court Type** | Civil |
| **Jury Fee Paid Date** | N/A | | |

### CURRENT PRESIDING JUDGE

### ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| NGUYEN, TU (AKA NGUYEN THANH TU OR NTT) | PLAINTIFF - CIVIL | | TURNER, BRIAN ALAN |
| VU, LANG HOANG | DEFENDANT - CIVIL | | |
| 9550 BOLSA AVE STE 228, WESTMINSTER, CA 92683 | | | |

**EXHIBIT E**

| Party | Role | Attorney |
|---|---|---|
| ATUTA INC (DBA PHO BOLSA TV) | DEFENDANT - CIVIL | |
| 9550 BOLSA AVE STE 228, WESTMINSTER, CA 92683 | | |
| PHO BOLSA TV | DEFENDANT - CIVIL | |
| LE, AN THIEN (AKA ANDREW LE) | DEFENDANT - CIVIL | |
| 17759 TOIYABE ST, FOUNTAIN VALLEY, CA 92708 | | |
| LE, ANDREW | DEFENDANT - CIVIL | |
| ANDREW LE TV (AN EXTENSION OF PHO BOLSA TV) | DEFENDANT - CIVIL | |
| PRMIERLINE GROUP LLC | DEFENDANT - CIVIL | |
| HO, TUAN THANH | DEFENDANT - CIVIL | |
| 11363 SNOWDROP AVE, FOUNTAIN VALLEY, CA 92708 | | |
| HOANG GIA PEARL COMPANY (REGISTERED IN THE UNITED STATES AS | DEFENDANT - CIVIL | |
| DOAN, PHUNG BACH | DEFENDANT - CIVIL | |
| TU, NGUYEN THANH | PLAINTIFF - CIVIL | TURNER, BRIAN ALAN |
| NTT | PLAINTIFF - CIVIL | TURNER, BRIAN ALAN |
| HGP USA CORP | DEFENDANT - CIVIL | |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume/Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 10/10/2025 | ORIGINAL PETITION | | | 0 | | TURNER, BRIAN ALAN | NGUYEN, TU (AKA NGUYEN THANH TU OR NTT) |
| 10/10/2025 | ORIGINAL PETITION | | | 0 | | TURNER, BRIAN ALAN | TU, NGUYEN THANH |
| 10/10/2025 | ORIGINAL PETITION | | | 0 | | TURNER, BRIAN ALAN | NTT |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 123118206 | Plaintiff's Original Petition | | 10/13/2025 | 36 |
| ·> 123118207 | Exhibit A | | 10/13/2025 | 10 |
| ·> 123118208 | Exhibit B | | 10/13/2025 | 5 |
| ·> 123118209 | Exhibit C | | 10/13/2025 | 3 |
| ·> 123118210 | Exhibit D | | 10/13/2025 | 4 |
| ·> 123118212 | Exhibit E | | 10/13/2025 | 4 |
| 123105976 | Plaintiff's Original Petition | | 10/10/2025 | 33 |
| ·> 123105977 | Exhibit - A | | 10/10/2025 | 10 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| ·> 123105978 | Exhibit - B | | 10/10/2025 | 4 |
| ·> 123105979 | Exhibit - C | | 10/10/2025 | 4 |
| ·> 123105980 | Exhibit - D | | 10/10/2025 | 4 |