IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:25-CV-4982 |
| ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL CO., and PHUNG BACH DOAN, | § § § § § § § § | |
| *Defendants.* | § | |

### APPENDIX I: INDEX OF MATTERS BEING FILED

The matters attached to this Notice of Removal are the following:

- **Ex. A**: Plaintiff's Original Petition filed October 10, 2025

- **Ex. B**: Plaintiff's Amended Petition filed October 13, 2025

- **Ex. C**: Defendants' Original Joint Answer filed October 17, 2025

- **Exs. D1–D8**: Written Joint Consents to Removal by each Defendant;

  **REMOVING PARTY is AN THIEN LE aka ANDREW LE**

  - **Ex. D1:** Atuta, Inc. D/B/A Pho Bolsa TV to Removal

  - **Ex. D2:** Consent of Vu Hoang Lan

  - **Ex. D3:** Consent of Andrew Le Tv

  - **Ex. D4:** Consent of Premierline Group, LLC

  - **Ex. D5:** Consent of Tuan Thanh Ho

- o **Ex. D6:** Consent of HGP Usa Corp.
- o **Ex. D7:** Consent of Hoang Gia Peral Co., And
- o **Ex. D8:** Consent of Phung Bach Doan
- **Ex. E:** State Court Docket Sheet for Cause No. 2025-77842
- **Ex. F:** Disclosure Statements (FRCP 7.1): Separate disclosures will be filed for the following defendants:
  - o **Ex. F1:** Corporate Disclosure Statement of ATUTA, Inc. d/b/a Pho Bolsa TV
  - o **Ex. F2:** Corporate Disclosure Statement of Premierline Group, LLC
  - o **Ex. F3:** Corporate Disclosure Statement of HGP USA Corp.
  - o **Ex. F4:** Corporate Disclosure Statement of Hoang Gia Pearl Co.
  - o **Ex. F5:** Disclosure Statement Regarding Defendant Andrew Le TV
- **Ex. G:** List of All Counsel of Record
- **Ex. H:** Declaration of Lloyd E. Kelley in Support of Removal, and
- **Filing Fee:** The statutory filing fee has been paid.
- **Notice to State Court:** A Notice of Filing of Notice of Removal will be promptly filed with the Clerk of the 11th Judicial District Court of Harris County, Texas, to provide notice of removal in compliance with 28 U.S.C. § 1446(d).

Dated: October 20, 2025 Respectfully submitted,

*/s/ Gary M. Polland*
**Gary M. Polland**
State Bar No. 16095800
**POLLAND & ASSOCIATES, P.C.**
1533 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 621-6335
Email: pollandlaw@yahoo.com

**THE KELLEY LAW FIRM**
By: */s/ Lloyd E. Kelley*
**Lloyd E. Kelley**
Texas Bar No.1203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Tel:(281) 492-7766
Fax:(281) 652-5973

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

*/s/ Gary M. Polland*
**Gary M. Polland**

3