IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU<br>a/k/a TU NGUYEN,<br><br>*Plaintiff,*<br><br>v.<br><br>ATUTA, INC. d/b/a PHO BOLSA TV,<br>VU HOANG LAN, ANDREW LE TV,<br>AN THIEN LE aka ANDREW LE,<br>PREMIERLINE GROUP, LLC.,<br>TUAN THANH HO, HGP USA CORP.,<br>HOANG GIA PEARL CO., and<br>PHUNG BACH DOAN,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:25-CV-4982 |

## CONSENT OF ATUTA, INC. d/b/a PHO BOLSA TV TO REMOVAL

TO THE HONORABLE JUDGE OF THIS COURT:

Defendant **ATUTA, INC. d/b/a Pho Bolsa TV** hereby files its Unequivocal Consent to Removal and respectfully shows the Court as follows:

Defendant **An Thien Le a/k/a Andrew Le** has filed a Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removing this action from the 11th Judicial District Court of Harris County, Texas, Cause No. 2025-77842, to this Honorable Court.

Defendant **ATUTA, INC. d/b/a Pho Bolsa TV** hereby expressly consents to and joins in the removal of this action to the United States District Court for the Southern District of Texas, as initiated by An Thien Le a/k/a Andrew Le.

This consent is timely and is made in accordance with 28 U.S.C. §

**EXHIBIT D1**

1

1446(b)(2)(A), which provides that "all defendants who have been properly joined and served must join in or consent to the removal of the action."

By filing this Express Joint Consent, **ATUTA, INC. d/b/a Pho Bolsa TV** does not waive any defenses, including but not limited to those available under Federal Rule of Civil Procedure l2(b), and further expressly reserves all rights to challenge personal jurisdiction, venue, service of process, or to seek any other appropriate relief.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, **ATUTA, INC. d/b/a Pho Bolsa TV** respectfully requests that this Court accept its written consent to join in the removal filed by An Thieu Le a/k/a Andrew Le, and that this action proceed in federal court, together with such other and further relief to which it may be justly entitled.

Dated: October 20, 2025                             Respectfully submitted,

*/s/ Gary M. Polland*
**Gary M. Polland**
State Bar No. 16095800
**POLLAND & ASSOCIATES, P.C.**
1533 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 621-6335
Email: pollandlaw@yahoo.com

**THE KELLEY LAW FIRM**
By: */s/ Lloyd E. Kelley*
**Lloyd E. Kelley**
Texas Bar No.1203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Tel:(281) 492-7766
Fax:(281) 652-5973

**EXHIBIT D1**

**COUNSEL FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2025, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

                                      */s/ Gary M. Polland*
                                      **Gary M. Polland**

4

UNEQUIVOCAL CONSENT TO JOIN AN THIEN LE AKA ANDREW LE TO REMOVE TO FEDERAL COURT

_____*[signature]*_____

VU HOANG LAN FOR ATUTA, INC. d/b/a PHO BOLSA TV TO REMOVAL