IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN, § § § *Plaintiff,* § § v. § ATUTA, INC. d/b/a PHO BOLSA TV, § VU HOANG LAN, ANDREW LE TV, § AN THIEN LE aka ANDREW LE, § PREMIERLINE GROUP, LLC., § TUAN THANH HO, HGP USA CORP., § HOANG GIA PEARL CO., and § PHUNG BACH DOAN, § § *Defendants.* § | CIVIL ACTION NO. 4:25-CV-4982 |

**CONSENT OF VU HOANG LAN TO REMOVAL**

**TO THE HONORABLE JUDGE OF THIS COURT:**

Defendant **VU HOANG LAN** hereby files his Unequivocal Consent to Removal and respectfully shows the Court as follows:

Defendant An Thien Le a/k/a Andrew Le has filed a Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removing this action from the 11th Judicial District Court of Harris County, Texas, Cause No. 2025-77842, to this Honorable Court.

Defendant **VU HOANG LAN** hereby expressly consents to and joins in the removal of this action to the United States District Court for the Southern District of Texas, as initiated by An Thien Le a/k/a Andrew Le.

This consent is timely and is made in accordance with 28 U.S.C. §

**EXHIBIT D2**

1

1446(b)(2)(A), which provides that "all defendants who have been properly joined and served must join in or consent to the removal of the action."

By filing this Express Joint Consent, **VU HOANG LAN** does not waive any defenses, including but not limited to those available under Federal Rule of Civil Procedure l 2(b), and further expressly reserves all rights to challenge personal jurisdiction, venue, service of process, or to seek any other appropriate relief.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, **VU HOANG LAN** respectfully requests that this Court accept its written consent to join in the removal filed by An Thien Le a/k/a Andrew Le, and that this action proceed in federal court, together with such other and further relief to which it may be justly entitled.

Dated: October 20, 2025                             Respectfully submitted,

*/s/ Gary M. Polland*
**Gary M. Polland**
State Bar No. 16095800
**POLLAND & ASSOCIATES, P.C.**
1533 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 621-6335
Email: pollandlaw@yahoo.com

**THE KELLEY LAW FIRM**
By: */s/ Lloyd E. Kelley*
**Lloyd E. Kelley**
Texas Bar No.1203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Tel:(281) 492-7766
Fax:(281) 652-5973

**COUNSEL FOR DEFENDANTS**

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2025, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

                                                    */s/ Gary M. Polland*
                                                    **Gary M. Polland**

4

**UNEQUIVOCAL CONSENT TO JOIN AN THIEN LE AKA ANDREW LE TO REMOVE TO FEDERAL COURT**

_____

**VU HOANG LAN, individually**

4