IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | CIVIL ACTION NO. 4:25-CV-4982 |
| ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL CO., and PHUNG BACH DOAN, | § § § § § § § § | |
| *Defendants.* | § | |

## CONSENT OF HGP USA CORP. TO REMOVAL

TO THE HONORABLE JUDGE OF THIS COURT:

Defendant **HGP USA CORP.**, hereby files his Unequivocal Consent to Removal and respectfully shows the Court as follows:

Defendant An Thien Le a/k/a Andrew Le has filed a Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removing this action from the 11th Judicial District Court of Harris County, Texas, Cause No. 2025-77842, to this Honorable Court.

Defendant **HGP USA CORP.** hereby expressly consents to and joins in the removal of this action to the United States District Court for the Southern District of Texas, as initiated by An Thien Le a/k/a Andrew Le.

**EXHIBIT D6**

1

This consent is timely and is made in accordance with 28 U.S.C. § 1446(b)(2)(A), which provides that "all defendants who have been properly joined and served must join in or consent to the removal of the action."

By filing this Express Joint Consent, **HGP USA CORP.** does not waive any defenses, including but not limited to those available under Federal Rule of Civil Procedure 12(b), and further expressly reserves all rights to challenge personal jurisdiction, venue, service of process, or to seek any other appropriate relief.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, **HGP USA CORP.** respectfully requests that this Court accept its written consent to join in the removal filed by An Thien Le a/k/a Andrew Le, and that this action proceed in federal court, together with such other and further relief to which it may be justly entitled.

Dated: October 20, 2025                Respectfully submitted,

*/s/ Gary M. Polland*
**Gary M. Polland**
State Bar No. 16095800
**POLLAND & ASSOCIATES, P.C.**
1533 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 621-6335
Email: pollandlaw@yahoo.com

**THE KELLEY LAW FIRM**
By: */s/ Lloyd E. Kelley*
**Lloyd E. Kelley**
Texas Bar No.1203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240 PMB 12

Houston, Texas 77005<br>
Tel:(281) 492-7766<br>
Fax:(281) 652-5973

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that on October 20, 2025, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

*/s/ Gary M. Polland*
**Gary M. Polland**

**UNEQUIVOCAL CONSENT TO JOIN AN THIEN LE AKA ANDREW LE TO REMOVE TO FEDERAL COURT**

_____

**TUAN THANH HO, on Behalf of HGP USA CORP.**