**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NGUYEN THANH TU** | § | |
| **a/k/a TU NGUYEN,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:25-CV-4982** |
| | § | |
| **ATUTA, INC. d/b/a PHO BOLSA TV,** | § | |
| **VU HOANG LAN, ANDREW LE TV,** | § | |
| **AN THIEN LE aka ANDREW LE,** | § | |
| **PREMIERLINE GROUP, LLC.,** | § | |
| **TUAN THANH HO, HGP USA CORP.,** | § | |
| **HOANG GIA PEARL CO., and** | § | |
| **PHUNG BACH DOAN,** | § | |
| | § | |
| *Defendants.* | § | |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT ATUTA, INC. d/b/a PHO BOLSA TV**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant ATUTA, INC. d/b/a PHO BOLSA TV certifies that ATUTA, INC. has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

ATUTA, INC. d/b/a PHO BOLSA TV states that Defendant Lan Hoang Vu is the owner of ATUTA, INC. and, as such, has a direct financial interest in the outcome of this litigation.

Dated: October 20, 2025

Respectfully submitted,

*/s/ Gary M. Polland*
**Gary M. Polland**
State Bar No. 16095800
**POLLAND & ASSOCIATES, P.C.**
1533 W. Alabama Street

**EXHIBIT**
**F1**

1

Houston, Texas 77006
Telephone: (713) 621-6335
Email: pollandlaw@yahoo.com

**THE KELLEY LAW FIRM**
By: */s/ Lloyd E. Kelley*
**Lloyd E. Kelley**
Texas Bar No.1203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Tel:(281) 492-7766
Fax:(281) 652-5973

### COUNSEL FOR DEFENDANTS

### CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

*/s/ Gary M. Polland*
**Gary M. Polland**