IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:25-CV-4982 |
| ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL CO., and PHUNG BACH DOAN, | § § § § § § § § § | |
| *Defendants.* | § | |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT PREMIERLINE GROUP, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant PREMIERLINE GROUP, LLC. certifies that PREMIERLINE GROUP, LLC. has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

PREMIERLINE GROUP, LLC. states that Defendant An Thien Le, also known as Andrew Le, is the owner of PREMIERLINE GROUP, LLC. and, as such, has a direct financial interest in the outcome of this litigation.

Dated: October 20, 2025

Respectfully submitted,

*/s/ Gary M. Polland*
**Gary M. Polland**
State Bar No. 16095800
**POLLAND & ASSOCIATES, P.C.**
1533 W. Alabama Street

**EXHIBIT F2**

1

Houston, Texas 77006
Telephone: (713) 621-6335
Email: pollandlaw@yahoo.com

**THE KELLEY LAW FIRM**
By: /s/ *Lloyd E. Kelley*
**Lloyd E. Kelley**
Texas Bar No.1203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Tel:(281) 492-7766
Fax:(281) 652-5973

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

　　I hereby certify that on October 20, 2025, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

　　　　　　　　　　　　　　　/s/ *Gary M. Polland*
　　　　　　　　　　　　　　　**Gary M. Polland**