# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU<br>a/k/a TU NGUYEN, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:25-CV-4982 |
| ATUTA, INC. d/b/a PHO BOLSA TV,<br>VU HOANG LAN, ANDREW LE TV,<br>AN THIEN LE aka ANDREW LE,<br>PREMIERLINE GROUP, LLC.,<br>TUAN THANH HO, HGP USA CORP.,<br>HOANG GIA PEARL CO., and<br>PHUNG BACH DOAN, | § § § § § § § § | |
| *Defendants.* | § | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT HOANG GIA PEARL CO.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant HOANG GIA PEARL CO. certifies that HOANG GIA PEARL CO. has no parent corporation and that no publicly held corporation owns 10% or more of its stock. Furthermore, this entity is a defunct corporation that was incorporated under the laws of the Socialist Republic of Vietnam and headquartered in Vietnam.

Dated: October 20, 2025                Respectfully submitted,

*/s/ Gary M. Polland*
**Gary M. Polland**
State Bar No. 16095800
**POLLAND & ASSOCIATES, P.C.**
1533 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 621-6335
Email: pollandlaw@yahoo.com

EXHIBIT F4

1

                                      **THE KELLEY LAW FIRM**
                                      By: _/s/ Lloyd E. Kelley_
                                      **Lloyd E. Kelley**
                                      Texas Bar No.1203180
                                      kelley@lloydekelley.com
                                      2726 Bissonnet, Suite 240 PMB 12
                                      Houston, Texas 77005
                                      Tel:(281) 492-7766
                                      Fax:(281) 652-5973

                                      **COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

     I hereby certify that on October 20, 2025, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

                                      _/s/ Gary M. Polland_
                                      **Gary M. Polland**