IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **NGUYEN THANH TU** <br> **a/k/a TU NGUYEN,** <br><br> *Plaintiff,* <br><br> v. <br><br> **ATUTA, INC. d/b/a PHO BOLSA TV,** <br> **VU HOANG LAN, ANDREW LE TV,** <br> **AN THIEN LE aka ANDREW LE,** <br> **PREMIERLINE GROUP, LLC.,** <br> **TUAN THANH HO, HGP USA CORP.,** <br> **HOANG GIA PEARL CO., and** <br> **PHUNG BACH DOAN,** <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § | **CIVIL ACTION NO. 4:25-CV-4982** |

**<u>DISCLOSURE STATEMENT REGARDING DEFENDANT ANDREW LE TV</u>**

Pursuant to the Federal Rules of Civil Procedure and for the purpose of providing full disclosure to the Court and all parties, Defendant Andrew Le TV submits this disclosure statement.

Defendant Andrew Le TV is not a corporation, partnership, or other formally registered legal entity. It is a trade name and media platform under which Defendant An Thien Le, also known as Andrew Le, operates. It is a YouTube channel aiming to report current news, and newsworthiness such as court proceedings, and provide analytical discussions.

Defendant An Thien Le is the sole owner and operator of Andrew Le TV. As such, An Thien Le has a direct, personal, and financial interest in the activities and outcomes related to Andrew Le TV.

**EXHIBIT F5**

1

Dated: October 20, 2025 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Gary M. Polland*
　　　　　　　　　　　　　　　　　　　　**Gary M. Polland**
　　　　　　　　　　　　　　　　　　　　State Bar No. 16095800
　　　　　　　　　　　　　　　　　　　　**POLLAND & ASSOCIATES, P.C.**
　　　　　　　　　　　　　　　　　　　　1533 W. Alabama Street
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77006
　　　　　　　　　　　　　　　　　　　　Telephone: (713) 621-6335
　　　　　　　　　　　　　　　　　　　　Email: pollandlaw@yahoo.com

　　　　　　　　　　　　　　　　　　　　**THE KELLEY LAW FIRM**
　　　　　　　　　　　　　　　　　　　　By: */s/ Lloyd E. Kelley*
　　　　　　　　　　　　　　　　　　　　**Lloyd E. Kelley**
　　　　　　　　　　　　　　　　　　　　Texas Bar No.1203180
　　　　　　　　　　　　　　　　　　　　kelley@lloydekelley.com
　　　　　　　　　　　　　　　　　　　　2726 Bissonnet, Suite 240 PMB 12
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77005
　　　　　　　　　　　　　　　　　　　　Tel:(281) 492-7766
　　　　　　　　　　　　　　　　　　　　Fax:(281) 652-5973

　　　　　　　　　　　　　　　　　　　　**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

　　　I hereby certify that on October 20, 2025, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

　　　　　　　　　　　　　　　　　　　　*/s/ Gary M. Polland*
　　　　　　　　　　　　　　　　　　　　**Gary M. Polland**