IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU<br>a/k/a TU NGUYEN,<br><br>*Plaintiff*,<br><br>v.<br><br>ATUTA, INC. d/b/a PHO BOLSA TV,<br>VU HOANG LAN, ANDREW LE TV,<br>AN THIEN LE aka ANDREW LE,<br>PREMIERLINE GROUP, LLC.,<br>TUAN THANH HO, HGP USA CORP.,<br>HOANG GIA PEARL CO., and<br>PHUNG BACH DOAN,<br><br>*Defendants.* | §§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 4:25-CV-4982 |

## LIST OF ATTORNEYS OF RECORD

*Counsel for Plaintiff*

**Brian Turner**
State Bar No. 20310450
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave.
Bryan, TX 77803
Telephone: (979) 583-9200
Telecopier: (979) 314-9533
Email: bt@brianturnerlaw.com


*Counsel for Defendants*

**Gary M. Polland**
State Bar No. 16095800
POLLAND & ASSOCIATES, P.C.
1533 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 621-6335
Email: pollandlaw@yahoo.com

**EXHIBIT G**

**Lloyd E. Kelley**
State Bar No. 1203180
THE KELLEY LAW FIRM
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Telephone: (281) 492-7766
Facsimile: (281) 652-5973
Email: kelley@lloydekelley.com

Dated: October 20, 2025                     Respectfully submitted,

*/s/ Gary M. Polland*
**Gary M. Polland**
State Bar No. 16095800
**POLLAND & ASSOCIATES, P.C.**
1533 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 621-6335
Email: pollandlaw@yahoo.com

**THE KELLEY LAW FIRM**
By: */s/ Lloyd E. Kelley*
**Lloyd E. Kelley**
Texas Bar No.1203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Tel:(281) 492-7766
Fax:(281) 652-5973

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

*/s/ Gary M. Polland*
**Gary M. Polland**

2