IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN, <br><br>*Plaintiff,* <br><br>v. <br><br> ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL CO., and PHUNG BACH DOAN, <br><br>*Defendants.* | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:25-CV-4982 |

**<u>DECLARATION OF LLOYD E. KELLEY IN SUPPORT OF REMOVAL</u>**

My name is Lloyd E. Kelley, my date of birth is January 2, 1959, and my address is 4900 Fournace Place, Suite 500, Bellaire, Texas 77401. I declare under penalty of perjury that the following is true and correct and within personal knowledge:

1. I am an attorney duly licensed to practice law in the State of Texas and I am counsel of record for Defendants. If called as a witness, I could and would competently testify to the facts set forth herein.

2. I have custody and control over my firm's file for this case. I have reviewed the documents attached as exhibits to the accompanying Notice of Removal, which are true and correct copies of documents from the State Court Action file or from our firm's file.

**EXHIBIT H**

1

3. The grounds for the timeliness of this removal are based on the date the Defendants filed the Joint Answer and therefore made the general appearance on Friday, October 17, 2025.

4. **Amount in Controversy**: Plaintiff's Original Petition filed on October 13, 2025 seeks a money judgment of "not less than $100,000,000, including compensatory, consequential, and punitive damages." (Exhibit B: Original Petition [sic] at p. 35). Accordingly, the amount in controversy exceeds the jurisdictional minimum of $75,000.

5. **Diversity of Citizenship**: Complete diversity of citizenship exists between the parties.

    a. Plaintiff Nguyen Thanh Tu, *a declared vexatious Defendant*, is an individual who resides in Harris County, Texas, and is therefore a citizen of the State of Texas. (Exhibit B: Original Petition filed on October 13, 2025, p. 1).

    b. All Defendants, except Hoang Gia Pearl Co., are citizens of the State of California. Plaintiff's Petition alleges that individual Defendants Vu Hoang Lan, An Thien Le aka Andrew Le, Tuan Thanh Ho, and Phung Bach Doan are residents and citizen of California as their domiciles are in California. The corporate Defendants ATUTA, Inc. d/b/a Pho Bolsa TV, Premierline Group, LLC, and HGP USA CORP. were incorporated

and/or have their headquarters in California.[1]

c. Hoang Gia Pearl Co.[2] is a citizen of The Socialist Republic of Vietnam ("Vietnam"), as it was incorporated and its headquartered in Vietnam. (*See* Exhibit B: Original **Petition filed on October 13, 2025,** at p. 3.) *Note that the exception under 28 U.S.C. § 1332 (a) (2) in inapplicable, therefore, this Court has original jurisdiction.*

6. As such, because Plaintiff is a citizen of Texas and all Defendants are citizens of California, and Hoang Gia Pearl Co. is a corporation incorporated and its principal place of business and headquarters is in Vietnam, complete diversity of citizenship exists as required by 28 U.S.C. § 1332(a)(1) and 28 U.S.C. § 1332 (a) (2).

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

Executed this October 20, 2025, at Harris County, Texas.

_____
**LLOYD E. KELLEY**
Texas Bar No.1203180
THE KELLEY LAW FIRM
kelley@lloydekelley.com
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Tel:(281) 492-7766
Fax:(281) 652-5973
**COUNSEL FOR DEFENDANTS**

---

[1] (Ex. B, pp 1-2--Original **Petition filed on October 12, 2025) (It should have been named as Plaintiff's First Amended Petition.**

[2] A defunct corporation.