IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **NGUYEN THANH TU** a/k/a **TU NGUYEN,** | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:25-CV-4982 |
| **ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL CO., and PHUNG BACH DOAN,** | § § § § § § § § § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 11.3 of the United States District Court for the Southern District of Texas, please enter the appearance of MINH-TAM TRAN as special counsel for PHUNG BACH DOAN, in the above-styled and numbered cause.

All notices, pleadings, and other papers should be served upon the undersigned.

Minh-Tam (Tammy) Tran
Texas Bar No. 20186400
THE TAMMY TRAN LAW FIRM
4900 Fournace Place, Suite 418
Bellaire, Texas 77401
Telephone: (832) 372-4403
Email: ttran@tt-lawfirm.com
www.tammytranlaw.net

DATED this 27th day of October 2025.	Respectfully submitted,

By: */s/ Minh-Tam Tran*
Minh-Tam (Tammy) Tran
Texas Bar No. 20186400
THE TAMMY TRAN LAW FIRM
4900 Fournace Place, Suite 418
Bellaire, Texas 77401
Telephone: (832) 372-4403
Email: ttran@tt-lawfirm.com
*SPECIAL COUNSEL FOR*
*PHUNG BACH DOAN*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October 2025, I caused the foregoing to be served via the Court's ECF Filing System, and through that system, it will be served upon registered counsel by email.

By: */s/ Minh-Tam Tran*
Minh-Tam (Tammy) Tran