IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **NGUYEN THANH TU** <br> **a/k/a TU NGUYEN,** <br> <br> *Plaintiff,* <br> <br> v. <br> <br> **ATUTA, INC. d/b/a PHO BOLSA TV,** <br> **VU HOANG LAN, ANDREW LE TV,** <br> **AN THIEN LE aka ANDREW LE,** <br> **PREMIERLINE GROUP, LLC.,** <br> **TUAN THANH HO, HGP USA CORP.,** <br> **HOANG GIA PEARL CO., and** <br> **PHUNG BACH DOAN,** <br> <br> *Defendants.* | § § § § § § § § § § § § § § § § § <br> <br> CIVIL ACTION NO. 4:25-CV-4982 |

**NOTICE OF NON-CONSENT TO MAGISTRATE JUDGE JURISDICTION**

Comes now **Defendants**, through their undersigned counsel, and files this Notice of Non-Consent to the exercise of jurisdiction by a United States Magistrate Judge.

1. This Notice is filed in response to the Court's **Notice Regarding Consent to Jurisdiction of a Magistrate Judge** (Document 2, filed October 20, 2025).

2. As of this time, Defendants do not consent to have a United States Magistrate Judge preside over the case and reserves its right to have all proceedings, including the trial and entry of final judgment, heard before a United States District Judge.

## PRAYER

3. WHEREFORE, Defendants respectfully requests that this case not be transferred to a Magistrate Judge for all purposes, and that all further proceedings requiring a District Judge's authority remain with the assigned United States District Judge.

Dated: October 27, 2025,                    Respectfully submitted,

/s/ Gary M. Polland
**Gary M. Polland**
State Bar No. 16095800
**POLLAND & ASSOCIATES, P.C.**
1533 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 621-6335
Email: pollandlaw@yahoo.com

**THE KELLEY LAW FIRM**
By: /s/ Lloyd E. Kelley
**Lloyd E. Kelley**
Texas Bar No. 11203180
kelley@lloydekelley.com
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Tel:(281) 492-7766
Fax:(281) 652-5973

**COUNSEL FOR DEFENDANTS ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL CO.**

By:  /s/ Minh-Tam Tran
Minh-Tam (Tammy) Tran
Texas Bar No. 20186400
**THE TAMMY TRAN LAW FIRM**
4900 Fournace Place, Suite 418
Bellaire, Texas 77401

2

Telephone: (832) 372-4403
Email: ttran@tt-lawfirm.com
***SPECIAL COUNSEL FOR***
***PHUNG BACH DOAN***

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2025, a true and correct copy of the foregoing document was served upon counsel of record for Plaintiff via the Court's electronic filing system and/or by email to the following:

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Email: bt@brianturnerlaw.com

*/s/ Gary M. Polland*
**Gary M. Polland**