IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:25-CV-4982 |
| ATUTA, INC. d/b/a PHO BOLSA TV, VU HOANG LAN, ANDREW LE TV, AN THIEN LE aka ANDREW LE, PREMIERLINE GROUP, LLC., TUAN THANH HO, HGP USA CORP., HOANG GIA PEARL CO., and PHUNG BACH DOAN, | § § § § § § § § | |
| *Defendants.* | § | |

## ORDER

Pending before the Court is Defendants' Motion to Require Thanh Tu Nguyen, a Declared Vexatious Litigant, to Obtain Permission from the Regional Administrative Judge Before Proceeding in Federal Court and to Post a Security Bond of $100,000.00. The Court, having considered the motion, the relevant Texas Civil Practice and Remedies Code provisions, and the record, finds that the Plaintiff, Thanh Tu Nguyen, is a formally declared vexatious litigant under Texas law.

The designation of Plaintiff as a vexatious litigant remains in effect, even though he is currently represented by counsel.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

1. The Plaintiff, **NGUYEN THANH TU a/k/a TU NGUYEN**, is **STAYED** from any further proceedings, including the prosecution of this matter or requesting

1

any affirmative relief, until he complies with the requirements of the Texas Vexatious Litigant Act.

2. No later than the **10th day** after the filing of this Order, the Plaintiff, NGUYEN THANH TU a/k/a TU NGUYEN, shall **satisfy the following statutory requirements**:

   - **Obtain Written Authorization:** Plaintiff must obtain a written order from the appropriate local Administrative Judge, pursuant to Tex. Civ. Prac. & Rem. Code § 11.102, permitting the filing and maintenance of this litigation.

   - **Notify the Clerk:** Plaintiff shall notify the Clerk of this Court of the action taken.

   - **Post Security Bond:** Plaintiff must post a security bond of **$100,000.00** or an amount otherwise determined by the Administrative Judge, in accordance with Tex. Civ. Prac. & Rem. Code § 11.052(b), to ensure that Defendants may recover their attorneys' fees and costs should the Plaintiff not prevail.

3. **FAILURE TO COMPLY** with the requirements of paragraph 2 within the specified 10-day period **SHALL RESULT IN THE IMMEDIATE DISMISSAL** of this entire cause of action without further notice.

**SIGNED** this \_\_\_\_ day of _____, 2025.

_____
**UNITED STATES DISTRICT JUDGE**