IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN,<br>   *Plaintiff* | § § § | |
| v. | § § | |
| ATUTA, INC. d/b/a PHO BOLSA TV<br>VU HOANG LAN, ANDREW LE TV<br>AN THIEN LE aka ANDREW LE,<br>PREMIERLINE GROUP, LLC.,<br>TUAN THANH HO, HGP USA CORP.,<br>HOANG GIA PEARL CO., and PHUNG<br>BACH DOAN<br>   *Defendants* | § § § § § § § § § | CIVIL ACTION NO. 4:25-CV-4982 |

## **ORDER**

Pending before the Court is Plaintiff Thanh Tu Nguyen a/ka Tu Nguyen's 1st Amended Motion for Reconsideration. The Court, having considered the Motion, the relevant Texas Civil Practice & Remedies Code provisions, and Texas Supreme Court and United States Supreme Court case law, finds that Plaintiff Tu Nguyen's Motion has merit, the Order Declaring Tu Ngueyn a Vexatious Litigant and §11.102(a) of the Texas Civil Practice & Remedies Code is limited by their express terms to Pro Se Litigants, and Plaintiff's Motion is in all respects GRANTED;

IT IS THEREFORE ORDERED that this Court's October 31 Order granting Defendants' Motion to Require Thanh Tu Nguyen, a Declared Vexatious Litigant, to Obtain Permission from the Regional Administrative Judge Before Proceeding in Federal Court and to Post a Security Bond of $100,000, is immediately vacated.

SIGNED this _____ day of November 2025.

                                                                                 _____
                                                                                 UNITED STATES DISTRICT JUDGE