IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU<br>a/k/a TU NGUYEN,<br><br>*Plaintiff,*<br><br>v.<br><br>ATUTA, INC. d/b/a PHO BOLSA TV,<br>VU HOANG LAN, ANDREW LE TV,<br>AN THIEN LE aka ANDREW LE,<br>PREMIERLINE GROUP, LLC.,<br>TUAN THANH HO, HGP USA CORP.,<br>HOANG GIA PEARL CO., and<br>PHUNG BACH DOAN,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:25-CV-4982 |

## ORDER DENYING RECONSIDERATION

Came on to be considered Plaintiff Nguyen Thanh Tu's 1st Amended Motion for Reconsideration*, and Defendants' response thereto*. The Court, having considered the motion, the response, the arguments, the evidence, and the applicable law, finds that said motion is without merit.

It is therefore **ORDERED** that Plaintiff's 1st Amended Motion for Reconsideration is hereby **DENIED**.

**SIGNED** this _____ day of _____, 2025.

_____
**UNITED STATES DISTRICT JUDGE**

1