IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU<br>a/k/a TU NGUYEN,<br><br>*Plaintiff,*<br><br>v.<br><br>ATUTA, INC. d/b/a PHO BOLSA TV,<br>VU HOANG LAN, ANDREW LE TV,<br>AN THIEN LE aka ANDREW LE,<br>PREMIERLINE GROUP, LLC.,<br>TUAN THANH HO, HGP USA CORP.,<br>HOANG GIA PEARL CO., and<br>PHUNG BACH DOAN,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:25-CV-4982 |

## ORDER DISMISSING CASE WITH PREJUDICE

On this day, the Court considered Defendants' Notice to the Court of Thanh Tu Nguyen's Failure to Comply with the Court's October 31, 2025 Order. After reviewing the file, the pleadings, and applicable law, the Court finds as follows:

1. On October 31, 2025, this Court issued an Order notifying Thanh Tu Nguyen a/k/a Tu Nguyen ("Tu Nguyen") that he had been formally declared a vexatious litigant and, pursuant to Texas Civil Practice & Remedies Code § 11.101, the case was stayed unless and until Tu Nguyen, within ten (10) days from the date of notice, obtained permission from the Local Administrative Judge and posted the required security bond FOR $100,000.00 OR an amount otherwise determined by the Administrative Judge, in accordance with Tex. Civ. Prac. & Rem. Code § 11.052(b), to ensure that Defendants may recover their attorneys' fees and

costs should the Plaintiff not prevail. More than ten (10) days have elapsed, and Tu Nguyen has failed to obtain such permission and has not posted the required bond.

2. Instead of complying with the Court's directive, Tu Nguyen filed two frivolous motions for reconsideration, in disregard of the mandatory language of the statute (Tex. Civ. Prac. & Rem. Code § 11. 1035 (a)(b)) and this Court's clear and unambiguous order.

Accordingly, the Court determines that Tu Nguyen's continued noncompliance and abuse of process warrant dismissal of this case with prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:**

1. All claims asserted by **Tu Nguyen** in this entire cause of action are hereby **DISMISSED WITH PREJUDICE** for failure to comply with the Court's October 31, 2025, Order and for failure to obtain permission and post bond as required by **Chapter 11 of the Texas Civil Practice & Remedies Code**.

2. Any attempt by Tu Nguyen to seek mandamus relief or appeal to file any motion, petition, or request for affirmative relief in this or any related matter shall be deemed "maintaining litigation" under Tex. Civ. Prac. & Rem. Code § 11.101 and shall not be permitted without prior written authorization from the Local Administrative Judge and without posting the requisite security bond.

3. This dismissal with prejudice shall constitute a final judgment disposing of all claims and all parties.

4. All relief not expressly granted herein is **DENIED**.

**SIGNED** this \_\_\_\_ day of _____, 2025.

_____
**UNITED STATES DISTRICT JUDGE**