IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN,<br>    *Plaintiff* | §<br>§<br>§ | |
| v. | §<br>§ | |
| ATUTA, INC. d/b/a PHO BOLSA TV<br>VU HOANG LAN, ANDREW LE TV<br>AN THIEN LE aka ANDREW LE,<br>PREMIERLINE GROUP, LLC.,<br>TUAN THANH HO, HGP USA CORP.,<br>HOANG GIA PEARL CO., and PHUNG<br>BACH DOAN<br>    *Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:25-CV-4982 |

## **PLAINTIFF TU NGUYEN'S MOTION FOR EXTENSION**

COMES NOW, Thanh Tu Nguyen a/ka Tu Nguyen ("Tu Nguyen"), Plaintiff in the above-styled cause, and files his Motion for Extension, and would respectfully show the Court as follows:

1. On Friday, October 31, this Court signed an Order granting Defendants' Motion to Require Thanh Tu Nguyen, a Declared Vexatious Litigant, to Obtain Permission from the Regional Administrative Judge Before Proceeding in Federal Court and to Post a Security Bond of $100,000 (the "October 31 Order').

2. Among other things, the October 31 Order provided that Plaintiff was, within 10 days, to obtain written permission from the local Administrative Judge for filing.

3. On Monday, November 3, Plaintiff sent his Request to the local Administrative Judge. (Ex. A).

4. As of this filing, no response has been received from the local Administrative Judge.

5. Plaintiff requests an additional 10 days to receive a response from the local Administrative Judge.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Tu Nguyen prays that this Court will grant his Motion for Extension, and for such other and further relief to which Plaintiff is justly entitled, at law or at equity.

Respectfully submitted,

LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave.
Bryan, TX 77803
(979) 583-9200 – Telephone
(979) 314-9533 – Telecopier
bt@brianturnerlaw.com


By: /s/ Brian Turner
Brian Turner
State Bar No. 20310450

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record, via email, on this 12th day of November 2025.

By: /s/ Brian Turner
Brian Turner