| | |
|---|---|
| **Subject:** | Tu Nguyen's Request for Permission to Proceed with his litigation |
| **From:** | "Brian Turner" <bt@brianturnerlaw.com> |
| **Sent:** | 11/3/2025 11:58:53 AM |
| **To:** | elizabeth.karpati@usdoj.gov |
| **Attachments:** | 2025.11.03; Tu Nguyen's Request to Proceed with Litigation.pdf; Declaration of Tu Nguyen with Exhibits.pdf; 2025.10.31 Order.pdf; 2025.11.03; Plaintiff's 1st Amended Motion for Reconsideration.pdf |

Good morning,

Per an Order signed by Judge Hittner this past Friday, we are to seek pre-filing permission from U.S. Attorney Ganjei prior to proceeding any further. To that end, I've attached our Request and Exhibits.

I've also attached the Order that Judge Hittner signed, along with the 1st Amended Motion for Reconsideration that I filed (and is referenced in our Request).

Thank you for your prompt attention to this matter.

Brian Turner
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave.
Bryan, TX 77803
979-583-9200
979-314-9533 – FAX
www.brianturnerlaw.com

# Ex. A