| | **Exhibit 4** <br> **Nguyen Thanh Tu ( aka "Tu Nguyen")'s History of Vexatious Litigation** <br> **(Texas and Federal Cases)** <br> *The following authorities document prefiling restrictions, sanctions, and dismissals involving Thanh Tu Nguyen ("Tu Nguyen"), including appellate decisions and state and federal recognition of his vexatious-litigant status.* | | | | |
|---|---|---|---|---|---|
| **No.** | **Case Name** | **Court & Cause No.** | **Date of Order / Action** | **Nature of Sanction / Dismissal** | **Appeal Status / Notes** |
| 1 | *Tu Nguyen v. Relative Lending, LLC* | 10th Dist. Ct., Galveston Cty., Tex.; Cause No. 17-CV-0790 | Oct. 4, 2017 | Order declaring Nguyen a vexatious litigant under Tex. Civ. Prac. & Rem. Code ch. 11; pre-filing restriction entered. | **Appears on OCA Vexatious Litigant List.** Pre-filing approval and security bond are required. This order applies to "every case in Texas." |
| 2 | *Tu Nguyen v. Relative Lending, Inc.* | Tex. 1st Ct. App. (Houston); No. 01-17-00864-CV | Feb. 13, 2018 | Appeal of Galveston order dismissed for want of prosecution. | **Dismissed:** Mandate issued Apr. 27, 2018. |
| 3 | *Tu Nguyen v. Bank of America, N.A.* | U.S. Ct. App. 5th Cir.; No. 17-20758 (from S.D. Tex. No. 4:17-cv-2897) | June 22, 2018 | Appeal dismissed for lack of jurisdiction (standing) by Fifth Circuit. | **Dismissed.** |
| 4 | *Tu Nguyen v. Duy Tu Hoang, et al.* | U.S. Dist. Ct., S.D. Tex.; No. 4:17-cv-02060 | June 28, 2018 | Federal court dismissed multiple claims (TCPA) and awarded attorneys' fees to Defendants. | **Dismissal with prejudice**; appeal not reflected in docket. |
| 5 | **Gerard Richard Williams III v. Tu Nguyen et al.** | County Court at Law No. 1, Harris County, Texas No. 1242113 | Dec. 2024 – Present | Nguyen deliberately failed to attend the Temporary Injunction hearing although admitted that hearing notice was received; all pleadings and evidence were admitted against him. He then vexatiously and repeatedly challenged the Court's injunction order for almost a year in violation of Tex. Civ. Prac. & Rem. Code § 11.101 | **Temporary Injunction finally was issued.** |
| 6 | *Tu Nguyen v. Atuta, Inc.* | U.S. Dist. Ct., S.D. Tex.; No. 4:25-cv-04982 | Oct. 31, 2025 | Federal court recognized state vexatious-litigant designation and required leave of Regional Administrative Judge before further filings. | Order stays proceedings until compliance; Motions for reconsiderations denied. **Ten-day period for compliance has expired**. |

| 7 | *Thanh Tu Nguyen v. Hoi Trinh* | 14th Ct. App., Tex.; No. 14-21-00110-CV | Mar. 17, 2022 | Appeal of TCPA motion; reversed and remanded for limited review; illustrates continued litigation pattern. | **Reflects Nguyen's repetitive filing history**. |
| --- | --- | --- | --- | --- | --- |
| 8 | *In Re: A Purported Lien or Claim Against Tu Nguyen* | Galveston Cty. Dist. Ct.; Cause No. 13-CV-1538 | Jan. 22, 2015 | Appeal of denial of motion under Tex. Gov't Code § 51.903 (fraudulent lien statute) | **Affirmed by Fourteenth Ct. App.; demonstrates litigation history**. |

## Summary

Thanh Tu Nguyen has a documented history of repetitive and abusive filings, resulting in his 2017 designation as a vexatious litigant under Chapter 11 of the Texas Civil Practice and Remedies Code. Both Texas appellate courts and the federal judiciary—including the Southern District of Texas and the Fifth Circuit—have consistently dismissed or restricted his actions. The record demonstrates a pattern of meritless, duplicative, and sanctionable conduct, culminating in repeated dismissals and pre-filing restrictions. Nguyen has outrageously boasted to Vietnamese media outlets that he personally authored all motions and pleadings in this case, and that he merely enlisted an attorney to sign them at his direction.