Filed: 2/24/2026 4:04 PM
Envelope No. 111665339

**CAUSE NO. 17-CV-0790**

| | | |
|---|---|---|
| IN RE: TU NGUYEN | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br><br>10th JUDICIAL DISTRICT<br><br><br>GALVESTON COUNTY, TEXAS |

### ORDER VACATING OCTOBER 4, 2017
### ORDER DECLARING PLAINTIFF TU NGUYEN
### A VEXATIOUS LITIGANT

ON THIS __21st__ day of ~~March~~ *April*, 2026, the Court considered Tu Nguyen's Motion to Vacate this Court's October 4, 2017 Order Declaring Plaintiff Tu Nguyen a Vexatious Litigant. After reviewing the Motion, this Court finds that Plaintiff's Motion has merit and his Motion should be GRANTED;

IT IS THEREFORE ORDERED that Tu Nguyen's Motion to Vacate Order Declaring Plaintiff Tu Nguyen a Vexatious Litigant is in all respects GRANTED;

IT IS FURTHER ORDERED that the October 4, 2017 Order Declaring Plaintiff Tu Nguyen a Vexatious Litigant is hereby and immediately VACATED.

Signed this __21st__ day of ~~March~~ *April* 2026.

By: _____

The Honorable Rebecca Millo
Presiding Judge

# Ex. A

Order Vacating October 4, 2017 Order      Page **1** of **1**

17 - CV - 0790
DCORDER
Order
3173485