**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | |
| | § | |
| ATUTA, INC. d/b/a PHO BOLSA TV | § | |
| VU HOANG LAN, ANDREW LE TV | § | CIVIL ACTION NO. 4:25-CV-4982 |
| AN THIEN LE aka ANDREW LE, | § | |
| PREMIERLINE GROUP, LLC., | § | |
| TUAN THANH HO, HGP USA CORP., | § | |
| HOANG GIA PEARL CO., and PHUNG | § | |
| BACH DOAN | § | |
| *Defendants* | § | |

## ORDER

Pending before the Court is Plaintiff Thanh Tu Nguyen a/ka Tu Nguyen's Motion to Vacate Final Order pursuant to Rule 60(b)(5) of the Federal Rules of Civil Procedure.  The Court, having considered the Motion, the Federal Rules of Civil Procedure, and relevant case law, finds that Plaintiff Tu Nguyen's Motion has merit, and Plaintiff's Motion is in all respects GRANTED;

IT IS THEREFORE ORDERED that this Court's November 13, 2025 Order dismissing Plaintiff's case as a Final Judgment is immediately vacated.

SIGNED this _____ day of August 2026.

THE HONORABLE DAVID HITTNER
UNITED STATES DISTRICT JUDGE

Order Granting Plaintiff's Motion to Vacate Final Order          Page **1** of **1**