United States District Court
Southern District of Texas
**ENTERED**
August 28, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NGUYEN THANH TU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-4982 |
| | § | |
| ATUTA, INC., *et. al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

ORDER

Pending before the Court is Plaintiff Tu Nguyen's Motion to Vacate Final Judgment Rule 60(b)(5) (Document No. 18). Having considered the motion, submissions, and applicable law, the Court finds that the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Plaintiff Tu Nguyen's Motion to Vacate Final Judgment Rule 60(b)(5) (Document No. 18) is **DENIED**.

SIGNED at Houston, Texas, on this 28 day of August, 2026.

DAVID HITTNER
United States District Judge