**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN,<br>*Plaintiff*<br><br>v.<br><br>ATUTA, INC. d/b/a PHO BOLSA TV<br>VU HOANG LAN, ANDREW LE TV<br>AN THIEN LE aka ANDREW LE,<br>PREMIERLINE GROUP, LLC.,<br>TUAN THANH HO, HGP USA CORP.,<br>HOANG GIA PEARL CO., and PHUNG<br>BACH DOAN<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:25-CV-4982 |

**<u>PLAINTIFF TU NGUYEN'S NOTICE OF APPEAL</u>**

COMES NOW, Plaintiff Tu Nguyen. and files his Notice of Appeal to the United States Court of Appeal for the Fifth Circuit, from the Order entered in this matter on August 28, 2026, that denied Plaintiff's Motion to Vacate Final Judgment, pursuant to Federal Rule 60(b)(5).

Respectfully submitted,

LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave.
Bryan, TX 77803
(979) 583-9200 – Telephone
(979) 314-9533 – Telecopier
bt@brianturnerlaw.com

By: /s/ Brian Turner
Brian Turner
State Bar No. 20310450

## CERTIFICATE OF SERVICE

I certify that on September 28, 2026, a copy of the above and foregoing was served upon all counsel of record in accordance with the Federal Rules of Civil Procedure.

By: /s/ Brian Turner
Brian Turner